Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Randall D. Naiman, Esq. (#81048)
Naiman Law Group, PC
4660 La Jolla Village Drive
Suite 850
San Diego, CA 92122
(858) 224-6800 telephone
(858) 224-6801 facsimile

☐ *Individual appearing without attorney*
☒ *Attorney for:* MOVANT

FOR COURT USE ONLY

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

Otis Wright

Debtor(s).

CASE NO.:  2:14-bk-20149-RN
CHAPTER:  7

## NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l)
### (with supporting declarations)
### (UNLAWFUL DETAINER)

DATE:  July 1, 2014
TIME:  9:00 a.m.
COURTROOM: 1645

**Movant:** THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8

1.   NOTICE IS HEREBY GIVEN to the Debtor, Debtor's attorney, and other interested parties ("Responding Party") that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay or for an order confirming that the automatic stay does not apply as to Debtor(s) and Debtor's(s) bankruptcy estate on the grounds set forth in the attached Motion.

☐   NOTICE IS ALSO GIVEN to the Trustee as an additional Responding Party, because the Motion relates to a nonresidential property.

2.   **Hearing Location:**

☒ 255 East Temple Street, Los Angeles, CA 90012
☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
☐ 3420 Twelfth Street, Riverside, CA 92501

☐ 411 West Fourth Street, Santa Ana, CA 92701
☐ 1415 State Street, Santa Barbara, CA 93101

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. ☒ a.  This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1.  If you wish to oppose this Motion, you must file a written response to this Motion with the court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

☐ b.  This Motion is being heard on SHORTENED NOTICE.  If you wish to oppose this Motion, you must appear at the hearing.  Any written response or evidence may be filed and served: ☐ at the hearing ☐ at least _____ court days before the hearing.

(1) ☐  An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

(2) ☐  An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order have been or is being served upon the debtor and trustee, if any.

(3) ☐  An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending.  Once the court has ruled on that motion, you will be served with another notice or order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4.  You may contact the Clerk's office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1M.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5.  If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date:   06/09/14

Respectfully submitted,

Naiman Law Group, PC
Printed name of law firm

/s/ Randall D. Naiman,
Signature

Randall D. Naiman, Esq.
Printed name of Individual Movant or attorney for Movant

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER
## CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY
### (Unlawful Detainer)

**MOVANT:** THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8

1.  **The Property at issue:** Movant moves for relief from the automatic stay to obtain possession of the residential or nonresidential premises at the following address (Property):

    Street Address:          3981 Roxton Avenue
    Apartment/Suite no.:
    City, State, Zip Code:   Los Angeles, CA 90008

    **The Property is :**  ☒ Residential    ☐ Nonresidential

2.  **Case History:**

    a.  ☒ A voluntary ☐ An involuntary    petition    under Chapter ☒ 7 ☐ 11 ☐ 12 ☐ 13
        was filed on*(specify date):* May 23, 2014

    b.  ☐ An Order of Conversion to Chapter    ☐ 7 ☐ 11 ☐ 12 ☐ 13
        was entered on *(specify date):*

    c.  ☐ Plan was confirmed on *(specify date):*

    d.  ☐ Other bankruptcy cases of the Debtor were pending within the year ending on the petition date. See attached declaration.

    e.  ☐ Other bankruptcy cases affecting this Property have been pending within the two years ending on the petition date. See attached declaration.

3.  **Grounds for Relief from Stay:** *(Check all that apply)*

    a.  ☒ Pursuant to 11 U.S.C. § 362(d)(1), cause exists because, as of petition date, Debtor(s) had no right to continued occupancy of the premises, as follows:

        (1) ☒ An unlawful detainer judgment in favor or Movant was entered prepetition.

            A.  ☐ The debtor has not filed with the petition and served on the Movant the certification required under 11 U.S.C. § 362(l)(1)

            B.  ☐ The debtor or adult dependent of the debtor has not deposited with the Clerk any rent that would become due during the 30-day period after the filing of the petition.

            C.  ☐ The debtor or adult dependent of the debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

            D.  ☐ The Movant has filed and served an objection to the certification referenced in (a)(1)(A) and/or (a)(1)(C) above. A copy of the objection is attached hereto as Exhibit ____ . A hearing on this objection is set for _____ .

        (2) ☒ An unlawful detainer proceeding was commenced prepetition.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

(3) ☒ Movant acquired title to the premises by foreclosure sale prepetition and recorded the deed within the Period provided by state law for perfection.

(4) ☐ Movant acquired title to the premises by foreclosure sale postpetition and recorded the deed within the period provided by state law for perfection.

(5) ☐ The lease or other right of occupancy has expired by its terms prepetition.

(6) ☐ The lease has been rejected or deemed rejected by operation of law.

(7) ☐ Lease payments have not been made since the filing of the petition.

(8) ☐ An eviction action has been filed to obtain possession of the subject residential Property on grounds of endangerment of the property or because of illegal use of controlled substances on the Property and Movant has filed and served upon Debtor a certification that ☐ such an action was filed or ☐ that within 30 days preceding the certification Debtor has endangered the subject property or illegally allowed the use of controlled substance on the property. A copy of Movant's certification is attached as Exhibit _____ . Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of Debtor's objection, if any, is attached as Exhibit _____.
A hearing on this objection is set for _____.

b. ☒ Pursuant to 11 U.S.C. § 362(d)(2))A), Debtor has no equity in the Property; and pursuant to 11 U.S.C. § 362(d)(2)(B), the Property is not necessary to an effective reorganization.

c. ☒ The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.

(1) ☒ Movant is the only creditor or one of the very few creditors listed on the mater mailing matrix.

(2) ☐ Other bankruptcy cases have been filed asserting an interest in the same property.

(3) ☒ The Debtor filed what is commonly referred to as a "face sheet" filing of only few pages consisting of the Petition and a few other documents. No other Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) has been filed.

4. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*

a. Movant submits the attached Unlawful Detainer Declaration to provide evidence in support of this Motion pursuant to LBRs.

b. Other Declaration(s) are also attached in support of this Motion.

**WHEREFORE, Movant prays that this Court issue an Order granting the following** *(specify forms of relief requested)*:

1. ☒ Termination of the stay to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to obtain possession of the Property.

2. ☐ Annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as set forth in the attached Declaration(s).

3. ☐ An order confirming that the automatic stay does not apply.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 4                    **F 4001-1.RFS.UD.MOTION**

4. Alternatively, if immediate relief from stay is not granted with respect to the Property because the Property is the subject of a lease that may be assumable:

    a. ☐ Establishment of a deadline for assumption or rejection of the lease.

    b. ☐ Adequate protection in the form of regular payments at the lease rate from petition date until assumption or rejection of the lease.

5. Additional provisions requested:

    a. ☒ That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    b. ☐ Termination or modification of the co-debtor stay of 11 U.S.C. § 1201 or § 1301 as to the above-named co-debtor, on the same terms and conditions.

    c. ☒ That the 14-day stay described by FRBP 4001(a)(3) be waived.

    d. ☐ That Extraordinary Relief be granted as set forth in the Attachment (*attach optional court form F 4001 1.EXT.RELIEF.ATTACH*).

    e. ☐ For other relief requested, see attached continuation page.


Date:      06/09/14                                         Respectfully submitted,


                                                           <u>THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS</u>
                                                           <u>TRUSTEE FOR STRUCTURED ASSET MORTGAGE    INVESTMENTS II</u>
                                                           <u>TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES</u>
                                                           <u>2006-AR8</u>
                                                           Printed name of Movant


                                                           <u>Naiman Law Group, PC</u>
                                                           Printed name of attorney for Movant (if applicable)


                                                           <u>/s/ Randall D. Naiman</u>
                                                           Signature


                                                           <u>Randall D. Naiman, Esq.</u>
                                                           Printed name of Individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 5                          **F 4001-1.RFS.UD.MOTION**

# UNLAWFUL DETAINER DECLARATION

**Movant:** THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8

I, ___Randall D. Naiman, Esq._____, declare as follows

*(Print Name of Declarant)*

1.  I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the residential or nonresidential real property that is the subject of this Motion (Property) because:

    ☐ I am the Movant and owner of the Property.

    ☐ I manage the Property as the authorized agent for the Movant.

    ☐ I am employed by Movant as *(state title and capacity):*

    ☒ Other *(specify):* I am the attorney of record for Movant in the state court unlawful detainer action regarding the Property.

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the rental of this Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

3.  The address of the Property that is the subject of this Motion is:

    Street Address:          3981 Roxton Avenue
    Apartment/Suite no.:
    City, State, Zip Code:  Los Angeles, CA 90008

4. Movant is the legal owner of the Property, or the owner's legally authorized agent. A true and correct copy of the Trustee's Deed Upon Sale, lease, rental agreement, or other document evidencing Movant's interest in the Property is attached as Exhibit __A__. A True and correct copy of any applicable document establishing Movant's authority as agent for the owner is attached as Exhibit _____.

5. The Property is:     ☒ residential property   ☐ nonresidential property

    a.  Debtor(s) occupies the Property

    ☐ on a month-to-month tenancy              ☐ pursuant to a lease that is in default

    ☒ after a foreclosure sale on: 01/25/2013    ☐ other (specify):

    b.  ☐ Debtor has failed to pay the monthly rent of $ _____ since the following date *(specify date):* _____

    c.  ☐ In addition, Debtor(s) has/have failed to pay other obligations under the lease, including the following (*See attached continuation page for itemization*):

    (1) ☐  Common area maintenance charges

    (2) ☐  Property taxes

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 7                          F 4001-1.RFS.UD.MOTION

(3)  ☐  For additional obligations, see attached continuation page.

6.  Debtor's(s') bankruptcy petition in this case was filed on *(specify date):* May 23, 2014

7.  Procedural status *(indicate all that apply, and provide dates for completed steps):*

a.  ☒  Movant caused a **3-Day Notice to Perform Covenant or Quit** to be served upon the Debtor on *(specify date):* <u>October 30, 2013</u>, a true and correct copy of which is attached hereto as Exhibit <u>B</u>

b.  ☒  Before the filing of the petition, Movant had commenced an unlawful detainer proceeding in state court and completed the following:

(1)  ☒  Movant filed a First Amended Complaint for Unlawful Detainer against the Debtor on *(specify date):* <u>November 19, 2013</u>,  a true and correct copy of which is attached as Exhibit <u>C</u> .

(2)  ☒  Trial was held on *(specify date):* <u>May 2, 2014</u>

(3)  ☒  An Unlawful Detainer Judgment against the Debtor was entered on the Complaint for Unlawful Detainer on *(specify date):* <u>May 2, 2014</u> , a true and correct copy of which is attached as Exhibit <u>D</u>.

(4)  ☒  A Writ of Possession for the Property was issued by the state court on *(specify date):* <u>May 7. 2014</u>, True and correct copy of which is attached as Exhibit <u>E</u>.

(5)  ☐  The Debtor has not filed with the petition and served on the Movant the certification required under 11 U.S.C. § 362 (l) (1).

(6)  ☐  The Debtor or adult dependent of Debtor has not deposited with the Clerk any ret that would become due during the 30-Day period after the filing of the petition.

(7)  ☐  The Debtor or adult dependent of Debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362 (l)(2) that the entire monetary default that gave rise to the judgment has been cured.

(8)  ☐  Movant has filed and served an objection to Debtor's certification referenced in paragraph (5) and/or (7) above, a copy of which is attached hereto as Exhibit _____ .  A hearing on this objection is set for : _____ .

(9)  ☐  An eviction action has been filed to obtain possession of the subject Property on grounds of endangerment of the property **or** because of illegal use of controlled substances on the property and Movant has filed a certification that ☐such an action was filed or ☐ that Debtor has endangered the subject property within 30 days preceding the certification or allowed the illegal use of controlled substances on the Property. A copy of Movant's certification is attached as Exhibit _____ . Debtor ☐ has ☐ has not filed an objection to Movant's certification.  A copy of Debtor's objection, if any, is attached as Exhibit _____. A hearing on this objection is set for _____ .

c.  ☐  The lease was rejected on _____ *(date):*

(1)  ☐  by operation of law.

(2)  ☐  by Order of the Court.

d.  ☐  The regular lease payments have not been made since the filing of the petition.

8.  ☒ Debtor has no equity in the Property because Debtor does not have a lease interest that could be assumed or assigned under 11 U.S.C. § 365.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 8                          F 4001-1.RFS.UD.MOTION

9. ☒ The property is not necessary to an effective reorganization because *(specify)*:

   a. ☐ The Property is residential and is not producing income for the Debtor(s).

   b. ☐ The Property is commercial, but no reorganization is reasonably in prospect.

   c. ☒ Other *(specify)*: Debtor has no legal or equitable interest in the property.


10. ☒ The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.

   a. ☒ Movant is the only creditor or one of very few creditors listed on the master mailing matrix.

   b. ☐ Other bankruptcy cases have been filed asserting an interest in the same property.

   c. ☒ The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents. No Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) has been filed.

   d. ☒ Other *(specify)*: to delay in eviction of Debtor from the Property


11. ☐ Other bankruptcy cases that have prevented Movant from recovering possession of this Property include the following:

   a. Case Name:
      Case Number:           Chapter:
      Date Filed:              Date Dismissed:
      Relief from stay re this Property ☐ was ☐ was not  granted.

   b. Case Name:
      Case Number:            Chapter:
      Date Filed:              Date Dismissed:
      Relief from stay re this Property ☐ was ☐ was not  granted.

   c. ☐ See attached continuation page for more information about other cases.

12. ☐ Movant seeks annulment of the automatic stay so that the filing of the bankruptcy petition does not affect any and all of the actions set forth in paragraph 7 that were taken after the filing of the bankruptcy petition in this case.

   a. ☐ These actions were taken by Movant without knowledge of the bankruptcy filing, and Movant would have been entitled to relief from stay to proceed with these actions.

   b. ☐ Although Movant knew about the bankruptcy filing, Movant had previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting this Property as set forth in paragraph 11 above.

   c. ☐ For other facts justifying annulment, see attached continuation page.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/09/14 | Randall D. Naiman | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

                    **F 4001-1.RFS.UD.MOTION**

# EXHIBIT "A"

This page is part of your document - DO NOT DISCARD



**20130200005**

Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**02/07/13 AT 08:00AM**

| | |
|---|---|
| FEES: | 18.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 18.00 |



**L E A D S H E E T**



20130207012000 7

00007211827



004633147

SEQ:
05

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

t35



Recording requested by:

When recorded mail to:

JPMorgan Chase Bank, N.A.
2780 Lake Vista Drive
Lewisville, TX 75067

Forward tax statements to the address given above

TS No.: CA-11-437137-RM
Order No.: 110180203-CA-GTO                    Space above this line for recorders use
APN No.: 5034-014-017

# Trustee's Deed Upon Sale

Transfer Tax: **$0.00**

The undersigned grantor declares:
The grantee herein **IS** the foreclosing beneficiary.
The amount of the unpaid debt together with costs was:     **$599,268.56**
The amount paid by the grantee at the trustee sale was:     **$599,268.56**
The documentary transfer tax is:                           None
Said property is in the City of: **LOS ANGELES**, County of **LOS ANGELES**

**QUALITY LOAN SERVICE CORPORATION**, , as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **LOS ANGELES**, State of California, described as follows:

**LOT 33 OF TRACT NO. 11009, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 192, PAGES 23 AND 24 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. ASSESSOR'S PARCEL NO.: 5034-014-017**

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **GAYE BERETTA  WORMLEY , A MARRIED WOMAN, AS HER SOLE AND SEPARATE PROPERTY**, as trustor, dated **8/4/2006**,  and recorded on  **8/18/2006** as instrument number 06 1841115    of Official Records in the office of the Recorder of  **LOS ANGELES**, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of



*3*

Trust recorded on **6/13/2012**, instrument no **12-879494**, Book , Page , of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten/thirty days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on **1/25/2013** at the place named in the Notice of Sale, in the County of **LOS ANGELES**, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being **$599,268.56** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date:                                             QUALITY LOAN SERVICE CORPORATION,

JAN 28 2013

By: Karla Sanchez, Assistant Secretary

State of: **California**)
County of: **San Diego**)

On 1.28.13 _____ before me, **Michele A. Kittinger** _____ a notary public, personally appeared **Karla Sanchez**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Michele A. Kittinger

MICHELE A. KITTINGER
COMM. #1850324
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
MAY 22, 2013

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE
USED FOR THAT PURPOSE.

# EXHIBIT "B"

# THREE DAY NOTICE TO PERFORM COVENANT OR QUIT
## [CALIFORNIA CODE OF CIVIL PROCEDURE §1161(3)]

TO:   Greg Sims; Carol Wormley; and all tenants, subtenants and any others in possession of the

SUBJECT PREMISES:   3981 Roxton Avenue, Los Angeles, CA 90008

NOTICE IS HEREBY GIVEN THAT you are in breach of the following covenants of your lease/rental agreement and/or provisions of the Los Angeles Rent Stabilization Ordinance and/or the City of Los Angeles Foreclosure Eviction Ordinance (Ordinance No. 180441) for the following reasons:

1.    If you had a lease or rental agreement with the prior owner, failure to disclose the terms of your tenancy and enter into a written extension / renewal with similar terms to your former lease or rental agreement with the prior owner; provided, however, the terms of any extension / renewal are subject to the landlord/lessor's review and approval and must not be inconsistent with or violative of any provision of the Los Angeles Rent Stabilization Ordinance or any other law. [See, Los Angeles Municipal Code § 151.09 A (5)]

2.    Failure to provide reasonable access to the premises for the purpose of making repairs or improvements, or for the purpose of inspection as permitted or required by the lease or by law, or for the purpose of showing the rental unit to any prospective purchaser or mortgagee. [See, Los Angeles Municipal Code § 151.09 A(6)]

WITHIN THREE DAYS after service of this notice, you are required to take all steps necessary to cure the above breaches, **or** deliver possession of the subject premises to your landlord/lessor.   Failure on your part to so act will lead to the commencement against you of legal proceedings to declare a forfeiture of your lease/rental agreement, to recover possession of the subject premises, to seek judgment for monetary damages as allowed by law together with statutory damages of up to $600.00, attorney's fees and costs, as applicable.

In order to cure the above breaches, you must do the following within three days after service of this notice:

1.    With respect to breach number 1 listed above, if you had a lease or rental agreement with the prior owner, disclose the terms of your tenancy to the landlord/lessor and enter into a written extension / renewal with similar terms to your former lease or rental agreement with the prior owner; provided, however, the terms of any extension / renewal are subject to the landlord/lessor's review and approval and must not be inconsistent or violative of any provision of the Los Angeles Rent Stabilization Ordinance or any other law.

2.    With respect to breach number 2 listed above, provide the landlord/lessor with reasonable access to the premises for the purposes of inspection and making any necessary repairs or improvements on **Friday, November 1, 2013 at 10:00a.m.**

For purposes of curing the foregoing breaches, contact the agent for the landlord/lessor, Sebastian Stofenmacher of Edgestone Real Estate, Inc. at 247 South Robertson Blvd., Beverly Hills, CA 90211; telephone number: 213-245-7928.

In accordance with section 151.09 C(1) of the Los Angeles Municipal Code, the facts supporting this notice include, without limitation, the following:

On January 25, 2013, The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8 (hereafter, "landlord/lessor") purchased the above-referenced subject premises (hereafter, the "Property") at a foreclosure sale held in accordance with Civil Code section 2924 under a power of sale contained in a Deed of Trust.  On February 7, 2013, title to the Property was perfected in landlord/lessor by the recording of a Trustee's Deed Upon Sale in the Official Records, County of Los Angeles.

On August 15, 2013, a licensed process server served a "Notice of Change of Ownership, and Demand for Information and Access" upon the occupant(s) of the Property in accordance with Code of Civil Procedure §1162, which notice advised the occupant(s) of the Property of the change of ownership, the name and contact information of the agent and attorney for the landlord/lessor, and requested compliance with the above-referenced obligations of the occupant(s)' tenancy.  A true and correct copy of the "Notice of Change of Ownership, and Demand for Information and Access" and proof of service thereof is attached hereto as Exhibit A and incorporated herein by this reference.  The occupant(s) of the Property failed to comply with the notice.

On October 22, 2013, a licensed process server served a Notice to Enter on the occupant(s) of the Property in accordance with Civil Code § 1954. A true and correct copy of the Notice to Enter and proof of service thereof is attached hereto as Exhibit B and incorporated herein by this reference.  The occupant(s) of the Property failed to allow the landlord/lessor's agent access to the Premises.

Despite service of the foregoing notices, the occupant(s) of the Property have not complied with the above-referenced obligations of the occupant(s)' tenancy.

Pursuant to California Civil Code §1785.26, you are hereby notified that a negative credit report reflecting your credit record may be submitted in the future to a credit reporting agency if you fail to fulfill the terms of your lease/rental obligations.

The landlord/lessor does hereby elect to declare a forfeiture of the lease/rental agreement under which you hold possession of the subject premises if you fail to perform as indicated.

This notice is given in good faith with honest intent and with no ulterior motive.

Information regarding evictions is available from the Los Angeles Housing and Community Investment Department. Parties seeking legal advice concerning evictions should consult with an attorney. The Los Angeles Housing and Community Investment Department is located at 1200 W. 7th Street, First Floor, Los Angeles, California, 90017; Telephone: (866) 557-RENT (7368); website: http://lahd.lacity.org/.

If you are an active member of the United States Armed Forces, you may be entitled to the rights as provided in the Servicemembers Civil Relief Act ("SCRA"). In such case, you or your attorney should contact this law firm immediately to verify your military status and determine if you fall under the protection of the SCRA.

If you have any questions, please contact Randall D. Naiman, Esq. at (858) 224-6800.

NAIMAN LAW GROUP, PC

DATED: October 29, 2013

_____
By: Randall D. Naiman, Esq.
Attorneys for the new owner: The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8
**NAIMAN LAW GROUP, PC**
4660 La Jolla Village Drive, Suite 850
San Diego, California 92122
Telephone: (858) 224-6800
Facsimile: (858) 224-6801

**CALIFORNIA PENAL CODE SECTION 594** reads as follows: "Every person who maliciously injures or destroys any real or personal property not his/her own, in cases otherwise than such as are specified in this Code, is guilty of a misdemeanor."

## NOTICE OF CHANGE OF OWNERSHIP
## AND REQUEST FOR INFORMATION AND ACCESS TO PREMISES

**TO:**   GREG SIMS; CAROL WORMLEY; AND ALL TENANTS, SUBTENANTS, AND ANY OTHERS IN POSSESSION

**SUBJECT PREMISES:** 3981 ROXTON AVENUE, LOS ANGELES, CA 90008

**NOTICE IS HEREBY GIVEN THAT THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8** ("New Owner") purchased the above-referenced real property you occupy (hereafter, the "Property") at a non-judicial foreclosure sale held on **1/25/2013**. If you are a tenant or subtenant who rented the Property prior to the foreclosure sale (not a former owner of the property), DEMAND IS HEREBY MADE that you perform each of the following acts within SEVEN (7) days from the date of the Notice:

1.     Disclose the terms of your tenancy. Complete the attached questionnaire entitled "CHANGE IN OWNERSHIP OCCUPANT QUESTIONNAIRE - FORECLOSURE" and return it, together with a copy of your lease or rental agreement, if any, to the undersigned, Randall D. Naiman, Esq., at the below address.

2.     Provide to the undersigned at the below address proof of any and all rental payments you have made since **1/25/2013**, the date of the sale, including without limitation cancelled checks, rent receipts, etc., including proof of the security deposit paid to the prior landlord.

3.     If you had an oral or written lease or rental agreement with the prior owner, enter into a written extension / renewal under such terms that are materially the same as the previous agreement to be prepared by the undersigned; provided, however, the terms of any extension / renewal are subject to the New Owner's review and approval.

4.     Provide the New Owner and/or its agent access to the Property for purposes inspection and to determine whether any repairs are necessary. Contact SEBASTIAN STOFENMACHER, EDGESTONE REAL ESTATE, INC., 247 S. ROBERTSON BLVD., BEVERLY HILLS, CA 90211, the agent for New Owner at 213-245-7928 to arrange for access to the Property.

1

EXHIBIT A

## IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS:

If you are or recently were on active duty or active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA). This includes protection from foreclosure or eviction. You also may be eligible for benefits and protections under state law. SCRA and state military benefits and protections also may be available if you are the dependent of an eligible servicemember.

Eligible service may include:

- Active duty with the Army, Navy, Air Force, Marine Corps, or Coast Guard;

- Active service with the National Guard;

- Active service as a commissioned officer of the National Oceanic and Atmospheric Administration;

- Active service as a commissioned officer of the Public Health Service;

- Service with the forces of a nation with which the United States is allied in a war or military action;

- Service with the National Guard or a state militia under a state call to duty; or

- Any period when you are absent from duty because of sickness, wounds, leave, or other lawful cause.

For more information on SCRA, please contact the undersigned at (858) 224-6800.

Information regarding the City of Los Angeles Rent Stabilization Ordinance is available from the Los Angeles Housing Department located at 1200 W. 7th Street, First Floor, Los Angeles, California, 90017; Telephone: (866) 557-RENT (7368); website: http://lahd.lacity.org/.

2

If you have any questions, please contact Randall D. Naiman, Esq. at (858) 224-6800.

NAIMAN LAW GROUP, PC

DATED: August 14, 2013

_____
By: Randall D. Naiman, Esq.
Attorneys for the New Owner: THE BANK OF
NEW YORK MELLON, F/K/A THE BANK OF
NEW YORK, AS TRUSTEE FOR
STRUCTURED ASSET MORTGAGE
INVESTMENTS II TRUST 2006-AR8,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-AR8
**Naiman Law Group, PC**
4660 La Jolla Village Drive
Suite 850
San Diego, CA  92122
Telephone: (858) 224-6800
Facsimile: (858) 224-6801

Attachment:  Change in Ownership Occupant Questionnaire – Foreclosure
Notice of Property Subject to The Rent Stabilization Ordinance
Trustee's Deed Upon Sale

# CHANGE IN OWNERSHIP OCCUPANT QUESTIONNAIRE - FORECLOSURE

Please fill out this form as completely as you can and return it, <u>along with a copy of your lease and evidence of rent payments</u>, via facsimile or mail to: Randall D. Naiman, Esq., Naiman Law Group, PC, 4660 La Jolla Village Drive, Suite 850, San Diego, CA 92122; Telephone Number (858) 224-6800; Facsimile Number: (858) 224-6801.

Property Address: 3981 ROXTON AVENUE, LOS ANGELES, CA 90008

A.   Names of All Occupants                                          Move in Date                    Best Contact Phone No.

_____          _____          (____) _____

_____          _____          (____) _____

_____          _____          (____) _____

_____          _____          (____) _____

B.   Did you have a lease? (please circle)     Yes / No

C.   Do you receive a rent subsidy (such as section 8) (please circle ):   Yes / No

D.   If you receive a subsidy, please list the name, address, case worker's name, and phone number of the agency or housing authority handling you case/subsidy program.

_____

_____

E.   Monthly Rent Amount: $ _____          Date Due: _____

F.   Rent currently paid through: _____

G.   Date lease started: _____

H.   Date lease expired/converted to month-to-month: _____

I.   Amount of security deposit, if any: $ _____

J.   List of utilities you are currently responsible for paying: _____

K.   List of utilities your (former) landlord was responsible for paying: _____

L.   Are there any current problems with your unit (please circle):        Yes / No

   If so, please explain in detail: _____

_____

_____

M.   Relationship to the former owner (please circle)   None / child, spouse, or parent

**Signed:**

_____                    _____
Occupant(s)                                          Date

_____                    _____
Occupant(s)                                          Date

_____                    _____
Occupant(s)                                          Date

_____                    _____
Occupant(s)                                          Date

**NOTICE OF PROPERTY SUBJECT TO THE RENT STABILIZATION ORDINANCE**

## NOTICE TO TENANTS

You are hereby notified that this building is subject to the Los Angeles
Rent Stabilization Ordinance (RSO), LAMC Chapter XV

### The RSO regulates rent increases:

- Landlords may only collect rents of units registered with the Los Angeles Housing Department.
- Generally, a landlord may not raise the rent in excess of the annual allowable rent increase unless otherwise permitted by LAHD or the Los Angeles Municipal Code.
- A reduction in services may also constitute an unlawful rent increase.

### The RSO limits the reasons for which a tenant may be evicted:

- The landlord may be required to pay relocation assistance for certain evictions.
- Mere foreclosure or sale of a property is not an allowable reason for eviction.

All rental properties in the City of Los Angeles must meet the minimum habitability
requirements set forth in the Building Code and the California Health and Safety Code.

For further information, or to file a complaint, please contact the Los Angeles Housing
Department hotline at (213) 808-8888 or log on to http://lahd.lacity.org

OWNERS ARE REQUIRED TO POST THIS NOTICE IN A CONSPICUOUS LOCATION IN THE
LOBBY OF THE PROPERTY, NEAR A MAILBOX USED BY ALL RESIDENTS ON THE
PROPERTY, OR IN OR NEAR A PUBLIC ENTRANCE TO THE PROPERTY.

## ATENCIÓN INQUILINOS:

Le notifican por este medio que esta propiedad esta sujeta a la Ordenanza de
la Estabilización de Rentas de la Ciudad de Los Ángeles (RSO), Capitulo XV
del Código Municipal (LAMC)

### El RSO regula los aumentos de renta:

- El propietario solo puede recibir pagos de renta si su unidad esta registrada con el Departamento de Viviendas (LAHD).
- Por lo general, no se le permite al propietario aumentar la renta por mas del permitido porcentaje anual a menos que sea permitido por el LAHD o el Codigo Municipal (LAMC).
- Una reduccion en los servicios tambien podria representar un aumento de renta ilegal.

### El RSO pone límites en las razones para desalojar a los inquilinos:

- El dueño podria ser sujeto a pagar assistencia de reubicacion por ciertos desalojos.
- La ejecucion hipotecaria, el remate, o la venta de una propiedad no son razones aceptables para desalojar a los inquilinos.

Todas las propiedades de alquiler en la Ciudad de Los Angeles tienen que cumplir con los
requisitos minimos de habitabilidad expuestos por el Código de Edificios y el Código de
Salud y Seguridad de California.

Para mas información, o para iniciar una queja, comuniquese con el Departamento de Viviendas llamando al (213) 808-8888, o por internet en http://lahd.lacity.org

EL PROPIETARIO DEBE FIJAR ESTA NOTIFICACIÓN EN UN LUGAR VISIBLE - EN EL VES-
TÍBULO DE LA PROPIEDAD, CERCA DE LOS BUZONES DE CORREO DE LOS RESIDEN-
TES DE LA PROPIEDAD, O DENTRO O CERCA DE LA ENTRADA PÚBLICA DE LA PROPIE-
DAD.

THIS IS TO CERTIFY THAT THIS IS A FULL, TRUE AND
CORRECT COPY OF THE ORIGINAL RECORDED
IN THE OFFICE OF LOS ANGELES COUNTY

RECORDING FEE:    $18.00

RECORDED ON:    February 7, 2013

AS DOCUMENT NO:    20130200005

BY    s/ LUIS HENRIQUEZ
LSI TITLE COMPANY

Recording requested by

When recorded mail to:

JPMorgan Chase Bank, N.A.
2780 Lake Vista Drive
Lewisville, TX 75067

Forward tax statements to the address given above

Space above this line for recorders use

TS No.: CA-11-457137-RM
Order No.: 110180203-CA-GTO
APN No.: 5034-014-017

## Trustee's Deed Upon Sale

Transfer Tax: $0.00

The undersigned grantor declares:
The grantee herein IS the foreclosing beneficiary
The amount of the unpaid debt together with costs was:    $599,268.56
The amount paid by the grantee at the trustee sale was:    $599,268.56
The documentary transfer tax is:    None
Said property is in the City of  LOS ANGELES  County of LOS ANGELES

QUALITY LOAN SERVICE CORPORATION. , as Trustee, (whereas so designated in the Deed of Trust
hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY
to

The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Structured Asset
Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and  interest
conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the
county of  LOS ANGELES, State of California, described as follows:

LOT 33 OF TRACT NO. 11008, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES,
STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 192, PAGES 23 AND 24 OF MAPS, IN
THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. ASSESSOR'S PARCEL NO.: 5034-
014-017

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by
GAYE BERETTA  WORMLEY , A MARRIED WOMAN, AS HER SOLE AND SEPARATE PROPERTY
as trustor, dated 8/4/2006, and recorded on  8/18/2006 as instrument number 06 1841145    of Official
Records in the office of the Recorder of  LOS ANGELES, California, under the authority  and  powers
vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having
occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of

Trust recorded on 6/13/2012, Instrument no. 12-879494, Book , Page , of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten/thirty days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on 1/25/2013 at the place named in the Notice of Sale, in the County of LOS ANGELES, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being $599,268.56 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date:

JAN 2 8 2013

QUALITY LOAN SERVICE CORPORATION.

By: Karla Sanchez, Assistant Secretary

State of: California)
County of: San Diego)

On 1-28-13       before me, Michele A. Kittinger       a notary public, personally appeared Karla Sanchez, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature       (Seal)
Michele A. Kittinger

MICHELE A. KITTINGER
COMM. #1850324
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
MAY 22, 2013

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|
| Naiman Law Group, PC<br>4660 La Jolla Village Drive           Suite 850<br>San Diego              CA          92122<br>Attorney For: PLAINTIFF | | | (858)224-6800<br><br>Reference Number:<br>3617372                    70574 | |

| Plaintiff/Petitioner:    The Bank of New York Mellon, F/K/A The Bank of New York, as Trustee for<br>Defendant/Respondent:   Greg Sims, et al. | | | | |
|---|---|---|---|---|
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br><br>NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice of Change of Ownership and Request for Information and Access to Premises

On the following tenant(s): Greg Sims

Address:    3981 Roxton Avenue
            Los Angeles, CA 90008

Date and Time of Posting:    8/15/2013 at 12:45pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $   $45.00

Andrew Hernandez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:   1355
(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  8/20/2013

(Signature)

| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|
| Naiman Law Group, PC | | | (858)224-6800 | |
| 4660 La Jolla Village Drive | | Suite 850 | | |
| San Diego | CA | 92122 | Reference Number: | |
| Attorney For: PLAINTIFF | | | 3617373          70574 | |

| Plaintiff/Petitioner: | The Bank of New York Mellon, F/K/A The Bank of New York, as Trustee for |
|---|---|
| Defendant/Respondent: | Greg Sims, et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept./Div | Case Number: |
|---|---|---|---|---|
| | | | | NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice of Change of Ownership and Request for Information and Access to Premises

On the following tenant(s): Carol Wormley

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:  8/15/2013 at 12:45pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $0.00

Andrew Hernandez

Registered California Process Server:

(i) Independent Contractor

(ii) Registration No.:  1355

(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/20/2013

(Signature)

Attorney of Party Without Attorney (Name and Address)

Naiman Law Group, PC
4660 La Jolla Village Drive
Suite 850
San Diego      CA      92122

Telephone No: (858)224-6800

Reference Number:
3617374      70574

FOR COURT USE ONLY

Attorney For: PLAINTIFF

Plaintiff/Petitioner:     The Bank of New York Mellon, F/K/A The Bank of New York, as Trustee for
Defendant/Respondent:   Greg Sims, et al.

**PROOF OF SERVICE**

| Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|
| | | | NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice of Change of Ownership and Request for Information and Access to Premises

On the following tenant(s): All Occupants in Care of Named Tenants, Greg Sims, Carol Wormley

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:   8/15/2013 at 12:45pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $    $0.00

Andrew Hernandez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  1355
(iii) County:  San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/20/2013

(Signature)

# NOTICE TO ENTER DWELLING UNIT

**TO:** Greg Sims; Carol Wormley; and all tenants, subtenants and any others in possession of

SUBJECT PREMISES:   3981 ROXTON AVENUE
LOS ANGELES, CA 90008

**NOTICE IS HEREBY GIVEN THAT,** pursuant to California Civil Code Section 1954, the Owner and/or its agents, employees or contractors will enter said premises on or about **Wednesday, October 23, 2013** at **10:00AM** during normal business hours for the purpose(s) listed below:

☐   1. To inspect the rental unit to determine whether any repairs or services are necessary.

☒   2. To exhibit the rental unit to workman or contractors.

☐   3. To make the following necessary or agreed repairs, decorations, alterations or improvements:_____

☐   4. To supply the following necessary or agreed services: _____

☐   5. To exhibit the rental unit to prospective or actual purchasers*, mortgagees or tenants.

☐   6. Pursuant to Court Order.

☐   7. To install, repair, test and/or maintain the smoke detector.

☐   8. To determine whether the resident(s) have abandoned or surrendered the premises.

The contact information for the Owner's agent for the premises is: Sebastian Stofenmacher of Edgestone Real Estate, Inc. at 247 S. Robertson Blvd., Beverly Hills, CA 90211; Telephone Number: 213-245-7928.

If you have any questions, please contact Randall D. Naiman, Esq. at (858) 224-6800.

NAIMAN LAW GROUP, PC

DATED: October 21, 2013

_____
By: Randall D. Naiman, Esq.
Attorneys for the new owner: THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8
**NAIMAN LAW GROUP, PC**
4660 La Jolla Village Drive, Suite 850
San Diego, California 92122
Telephone: (858) 224-6800
Facsimile: (858) 224-6801

1

EXHIBIT B

*If the purpose of the entry is to exhibit the dwelling unit to prospective or actual purchasers the notice can be given orally, in person, or by telephone if the Owner/Agent has notified the Resident in writing within 120 days of the oral notice that the property is for sale and that the Owner/Agent may contact the Resident orally for the purpose described above. Twenty-four hours is presumed reasonable notice in the absence of evidence to the contrary. At the time of entry, the Owner/Agent is required to leave written evidence of the entry inside the unit.

---

## PROOF OF SERVICE

(To be filled out by Server AFTER service on resident is complete)

I, the undersigned, being at least 18 years of age, declare that I served this notice, of which this is a true copy, on _____ (date), on the above-mentioned resident(s) in possession, in the manner indicated below.

☐ **BY DELIVERING** the notice personally to the resident(s) or to someone of suitable age and discretion at the premises at least 24 hours prior to the intended entry.

☐ **BY LEAVING** a copy of the notice at, near, or under the usual entry door of the premises at least 24 hours prior to the intended entry in a manner in which a reasonable person would discover the notice.

☐ **BY MAILING** a copy of the notice addressed to the resident(s) at least 6 days prior to intended entry.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and if called as a witness to testify thereto, I could do so competently.

Executed on_____in_____, California.

Signature:_____

Print Name:_____

| Attorney of Party Without Attorney (Name and Address) | | | Telephone no.: | FOR COURT USE ONLY |
|---|---|---|---|---|
| Naiman Law Group, PC | | | (858)224-6800 | |
| 4660 La Jolla Village Drive | | Suite 850 | | |
| San Diego | CA | 92122 | Reference Number 3621055      70574 | |
| Attorney For: PLAINTIFF | | | | |

Plaintiff/Petitioner:      The Bank of New York Mellon, F/K/A The Bank of New York, etc.
Defendant/Respondent:   Greg Sims, et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number: NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Enter Dwelling Unit

On the following tenant(s): Greg Sims

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:   10/22/2013 at 09:45AM.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $   $45.00

E Ratliff
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.: 6798 C.C.P.S.
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/24/2013

(Signature)

Judicial Council form POS-010                **Proof of Service**                Code Civil Procedure 417.10(f)

| Attorney of Party Without Attorney (Name and Address) | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|
| Naiman Law Group, PC<br>4660 La Jolla Village Drive | Suite 850 | (858)224-6800 | |
| San Diego          CA | 92122 | Reference Number: | |
| Attorney For: PLAINTIFF | | 3621056          70574 | |

| Plaintiff/Petitioner: | The Bank of New York Mellon, F/K/A The Bank of New York, etc. | | |
|---|---|---|---|
| Defendant/Respondent: | Greg Sims, et al. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Enter Dwelling Unit

On the following tenant(s): Carol Wormley

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:   10/22/2013 at 09:45AM.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

### Attorney Service of San Dimas
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $   $0.00

E Ratliff
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6798 C.C.P.S.
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/24/2013

(Signature)

| Attorney of Party Without Attorney (Name and Address) | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|
| Naiman Law Group, PC<br>4660 La Jolla Village Drive    Suite 850<br>San Diego        CA        92122<br>Attorney For: PLAINTIFF | | (858)224-6800 | |
| | | Reference Number.<br>3621057            70574 | |

| Plaintiff/Petitioner: | The Bank of New York Mellon, F/K/A The Bank of New York, etc. | | | | |
|---|---|---|---|---|---|
| Defendant/Respondent: | Greg Sims, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time. | Dept./Div.' | Case Number:<br>NOTICE | |

1, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Enter Dwelling Unit

On the following tenant(s): All tenants, subtenants and any others in possession

Address:    3981 Roxton Avenue
            Los Angeles, CA 90008

Date and Time of Posting:  10/22/2013 at 09:45AM.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $    $0.00

E Ratliff

Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.: 6798,C.C/P.S.
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/24/2013

(Signature)

Judicial Council form POS-010                    **Proof of Service**                    Code Civil Procedure 417.10(f)

# EXHIBIT "C"

SUM-130

# SUMMONS ON FIRST AMENDED COMPLAINT
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

NOV 19 2013

Sherri R. Carter, Executive Officer/Clerk

By Jacqueline Morgan, Deputy

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
Additional Parties Attachment form is attached

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
Additional Parties Attachment form is attached

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | **CASE NUMBER:** (Número del caso:) 13R10102 |
|---|---|

1. The name and address of the court is:
   (El nombre y dirección de la corte es):
   SUPERIOR COURT OF CALIFORNIA
   COUNTY OF LOS ANGELES
   1725 Main Street, Room 232
   Santa Monica, CA 90401
   SANTA MONICA COURTHOUSE

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   (El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
   Randall D. Naiman, Esq. (#81048)                    (858) 224-6800
   Naiman Law Group, PC                                (858) 224-6801
   4660 La Jolla Village Drive, Suite 850
   San Diego, CA 92122

3. (Must be answered in all cases) An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400–6415)  [X] did **not**  [ ] did
   for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date:
(Fecha)  NOV 19 2013

Clerk, by _____, Deputy
(Secretario)          J. MORGAN          (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of (specify):
   c. [ ] as an occupant
   d. [ ] on behalf of (specify):
      under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)            [ ] other (specify):

5. [ ] by personal delivery on (date):

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS—UNLAWFUL DETAINER—EVICTION
FIRST AMENDED

Legal Solutions

Code of Civil Procedure §§ 412.20, 415.456, 1167

SUM-200(A)

| SHORT TITLE: THE BANK OF NEW YORK v. WORMLEY | CASE NUMBER: 13R10102 |
|---|---|

**INSTRUCTIONS FOR USE**

➤ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

➤ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

[ X ] Plaintiff      [ ] Defendant      [ ] Cross-Complainant      [ ] Cross-Defendant

THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8

Page _____ of _____

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons
FIRST AMENDED

Legal
Solutions
Plus

SUM-200(A)

| SHORT TITLE: THE BANK OF NEW YORK v. WORMLEY | CASE NUMBER: 13R10102 |
|---|---|

### INSTRUCTIONS FOR USE

➤  This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

➤  If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons:  "Additional Parties Attachment form is attached."

List **additional parties** *(Check only one box.  Use a separate page for each type of party.):*

☐ Plaintiff  ☒ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant

GAYE BERETTA WORMLEY; GREG SIMS; CAROL WORMLEY; DARREN WRIGHT; OTIS WRIGHT; MARGERIE WRIGHT; and DOES 1 to 6, inclusive

Page _____ of _____

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons
FIRST AMENDED

Legal
Solutions
Plus

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Randall D. Naiman, Esq. (#81048)
Naiman Law Group, PC
4660 La Jolla Village Drive
Suite 850
San Diego, CA 92122
TELEPHONE NO.: (858) 224-6800      FAX NO.: (858) 224-6801
ATTORNEY FOR *(Name):* THE BANK OF NEW YORK MELLON, F/K/A THE B

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: COUNTY OF LOS ANGELES
MAILING ADDRESS: 1725 Main Street, Room 232
CITY AND ZIP CODE: Santa Monica, CA 90401
BRANCH NAME: SANTA MONICA COURTHOUSE

CASE NAME:    THE BANK OF NEW YORK v. WORMLEY

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: 13R10102 |
|---|---|---|---|---|
| [ ] Unlimited (Amount demanded exceeds $25,000) | [X] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | JUDGE: |
| | | | | DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[X] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties      d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel   e. [ ] Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve              in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence           f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary   b. [X] nonmonetary; declaratory or injunctive relief   c. [ ] punitive

4. Number of causes of action *(specify):* 2

5. This case [ ] is [X] is not   a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 11/15/13

Randall D. Naiman, Esq. (#81048)
_____          _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET FIRST AMENDED | Legal Solutions Plus | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|---|

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
    or wrongful eviction)*
  Contract/Warranty Breach—Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case—Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late
    Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

| SHORT TITLE: THE BANK OF NEW YORK v. WORMLEY | CASE NUMBER 13R10102 |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? [ ] YES CLASS ACTION? [ ] YES LIMITED CASE? [x] YES TIME ESTIMATED FOR TRIAL 1/2 [x] HOURS/ [ ] DAYS

**Item II. Indicate** the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

> ### Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | [ ] A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | [ ] A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/ Property Damage/ Wrongful Death Tort** | Asbestos (04) | [ ] A6070 Asbestos Property Damage | 2. |
| | | [ ] A7221 Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | [ ] A7260 Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | [ ] A7210 Medical Malpractice - Physicians & Surgeons | 1., 4. |
| | | [ ] A7240 Other Professional Health Care Malpractice | 1., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | [ ] A7250 Premises Liability (e.g., slip and fall) | 1., 4. |
| | | [ ] A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 4. |
| | | [ ] A7270 Intentional Infliction of Emotional Distress | 1., 3. |
| | | [ ] A7220 Other Personal Injury/Property Damage/Wrongful Death | 1., 4. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**
FIRST AMENDED

Local Rule 2.0
Page 1 of 4

LA-CV109

| SHORT TITLE: THE BANK OF NEW YORK v. WORMLEY | CASE NUMBER 13R10102 |
| --- | --- |

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
| --- | --- | --- | --- |
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2.,3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation       Number of parcels _____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032  Quiet Title | 2., 6. |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer- Post-Foreclosure (34) | ☒ A6020F  Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**
FIRST AMENDED

Local Rule 2.0
Page 2 of 4

| SHORT TITLE: THE BANK OF NEW YORK v. WORMLEY | CASE NUMBER: 13R10102 |
|---|---|

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2., 9. |
| | | ☐ A6160  Abstract of Judgment | 2., 6. |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2., 3., 9. |
| | | ☐ A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190  Election Contest | 2. |
| | | ☐ A6110  Petition for Change of Name | 2., 7. |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100  Other Civil Petition | 2., 9. |

| SHORT TITLE: THE BANK OF NEW YORK v. WORMLEY | CASE NUMBER |
|---|---|
| | 13R10102 |

**Item III.** Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case.<br><br>☐1. ☐2. ☐3. ☐4. ☐5. ☒6. ☐7. ☐8. ☐9. ☐10. | ADDRESS:   3981 Roxton Avenue |
|---|---|

| CITY:<br>Los Angeles | STATE:<br>CA | ZIP CODE:<br>90008 |
|---|---|---|

**Item IV.** *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the __Santa Monica__ courthouse in the __West__ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: __11/15/13__

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)
Randall D. Naiman, Esq.

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

---

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER.  READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

---

| | | |
|---|---|---|
| CLAIMANT OR CLAIMANT'S ATTORNEY (*Name and Address*): | TELEPHONE NO.: | FOR COURT USE ONLY |
| ATTORNEY FOR (*Name*): | | |

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: COUNTY OF LOS ANGELES
MAILING ADDRESS: 1725 Main Street, Room 232
CITY AND ZIP CODE: Santa Monica, CA 90401
BRANCH NAME: SANTA MONICA COURTHOUSE

PLAINTIFF: THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAG
DEFENDANT: GAYE BERETTA WORMLEY; GREG SIMS; CAROL WORMLEY; DARREN WRIGHT; OTIS WRIGHT; MARGERIE WRIGHT

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER: 13R10102 |
|---|---|
| | (*To be completed by the process server*) DATE OF SERVICE: |
| **Complete this form only if ALL of these statements are true:**<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.<br>3. You still occupy the premises. | (*Date that this form is served or delivered, and posted, and mailed by the officer or process server*) |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is (*specify*):

2. I reside at (*street address, unit No., city and ZIP code*):

3. The address of "the premises" subject to this claim is (*address*):  3981 Roxton Avenue, Los Angeles, CA 90008

4. On (*insert date*): _____, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (*This date is the court filing date on the accompanying Summons and Complaint.*)

5. I occupied the premises on the date the complaint was filed (*the date in item 4*). I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed (*the date in item 4*).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (*the date in item 4*).

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (*Filing fee*) I understand that I must go to the court and pay a filing of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

| CP10.5 [New January 1, 1991] | PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | Legal Solutions Plus | Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25 |
|---|---|---|---|

| PLAINTIFF (Name): THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MO | CASE NUMBER: |
| --- | --- |
| DEFENDANT (Name): GAYE BERETTA WORMLEY; GREG SIMS; CAROL WORMLEY; DARREN WRIGHT; OTIS WRIGHT; MARGERIE WRIGH | 13R10102 |

---

**NOTICE:** If you fail to file this claim, you will be evicted without further hearing.

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING:** Perjury is a felony punishable by imprisonment in the state prison.

Date:

. . . . . . . . . . . . . . . . . . . . .
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

## - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE** if all the following are true:
   1. You are **NOT** named in the accompanying Summons and Complaint.
   2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

---

CP10.5 [New January 1, 1991]         **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**         Page two

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

NOV 19 2013

Sherri R. Carter, Executive Officer/Clerk

By Jacqueline Morgan, Deputy

1  Randall D. Naiman, Esq. - State Bar No. 81048
   NAIMAN LAW GROUP,
2  Professional Corporation
   4660 La Jolla Village Drive, Suite 850
3  San Diego, California 92122
   (858) 224-6800 (telephone)
4  (858) 224-6801 (facsimile)

5  Attorney for Plaintiff, **THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II**
6  **TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8**

7

8              SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

9                      SANTA MONICA COURTHOUSE

10

11  THE BANK OF NEW YORK MELLON,      ) Case No.: 13R10102
    F/K/A THE BANK OF NEW YORK, AS    )
12  TRUSTEE FOR STRUCTURED ASSET      ) **LIMITED CIVIL CASE**
    MORTGAGE INVESTMENTS II TRUST     )
13  2006-AR8, MORTGAGE PASS-          ) **FIRST AMENDED COMPLAINT FOR**
    THROUGH CERTIFICATES, SERIES      ) **UNLAWFUL DETAINER**
14  2006-AR8                          )
                                      ) **AMOUNT DEMANDED DOES NOT**
15                                    ) **EXCEED $10,000.00**
              Plaintiff,             )
16                                    ) **Action based on Code of Civil**
                                      ) **Procedure Section 1161a**
17      vs.                           )
                                      ) **(Post-Foreclosure)**
18  GAYE BERETTA WORMLEY; GREG        )
    SIMS; CAROL WORMLEY; DARREN       )
19  WRIGHT; OTIS WRIGHT; MARGERIE     )
    WRIGHT and DOES 1 to 6, inclusive )
20                                    )
                                      )
21            Defendants.             )
    _____   )
22

23

24      Plaintiff alleges:

25      1.     Plaintiff The Bank of New York Mellon, F/K/A the Bank of New York, as

26  Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage Pass-

27  Through Certificates, Series 2006-AR8 is, and at all times mentioned herein was, a

28  national bank chartered under the laws of the United States of America.   Plaintiff is

                                        1

1    exempt from California laws requiring foreign corporations to qualify to do business in the

2    State of California.

3         2.      This court is the proper court for this action because:

4         a.      Each defendant resides and/or conducts business in the area served by this

5    Court;

6         b.      The real property which is the subject of this action **3981 Roxton Avenue,**

7    **Los Angeles, CA 90008** (hereinafter, the "Property"), is located in the area served by this

8    Court; and

9         c.      The amount of damages claimed in this action does not exceed $10,000.00.

10        3.      Plaintiff is informed and believes and thereon alleges that the defendants,

11   and each of them, are, and at all times herein mentioned, were residents of the County of

12   Los Angeles, State of California, and reside within the jurisdictional boundaries of this

13   Court.

14        4.      The true names and capacities of Does 1 through 6, inclusive, are presently

15   unknown to Plaintiff, who therefore sues such defendants under such fictitious names

16   pursuant to Section 474 of the Code of Civil Procedure.  Plaintiff is informed and believes,

17   and on such information and belief, alleges that each such "Doe" defendant is in

18   possession of the Property, without the permission or consent of Plaintiff, and Plaintiff will

19   amend this complaint to state the true names and capacities of said defendants when the

20   same have been ascertained.

21        5.      Plaintiff is informed and believes, and thereon alleges that the defendants

22   and each of them, are, and at all times mentioned herein were, the agent, servant and

23   employee of each of the other defendants, and in doing the things herein alleged, were

24   acting within the course and scope of said agency and employment.

### FIRST CAUSE OF ACTION

### (For Unlawful Detainer)

### (Against defendant(s) Gaye Beretta Wormley; and DOES 1 to 3)

2

6.      Plaintiff incorporates paragraphs 1 through 5 of this complaint by reference as if fully set forth herein again.

7.      Plaintiff is the owner of and entitled to immediate possession of the Property.

8.      On January 25, 2013, Plaintiff purchased the Property at a non-judicial foreclosure sale held in accordance Civil Code § 2924 under a power of sale contained in a Deed of Trust executed by defendant Gaye Beretta Wormley, a married woman, as her sole and separate property.  On February 7, 2013, title under the sale was duly perfected in Plaintiff by the recording of a Trustee's Deed Upon Sale in the Official Records, County of Los Angeles.  A true and correct copy of the Trustee's Deed Upon Sale is attached hereto as Exhibit "1" and incorporated herein by this reference.

9.      Defendant Gaye Beretta Wormley is the former owner of the Property ("Former Owner").

10.     On February 14, 2013, in the manner required by law, Plaintiff caused to be served upon Former Owner (except any tenants or subtenants), and each of them, a written notice ("Notice") to quit and deliver upon possession of the Property to Plaintiff within three (3) days after service of the Notice.  A true and correct copy of the Notice and Proof of Service thereof are attached hereto collectively as Exhibit "2", and incorporated herein by this reference.

11.     More than three (3) days have elapsed since the service of the Notice, but Former Owner, and each of them, have failed and refused to deliver up possession of said premises to Plaintiff.

12.     Former Owner, and each of them, remain in possession of the Property without Plaintiff's permission or consent.

## SECOND CAUSE OF ACTION

### (For Unlawful Detainer)

**(Against defendant(s) Greg Sims; Carol Wormley; Darren Wright; Otis Wright;**

**Margerie Wright and DOES 4 to 6)**

3

1    13.    Plaintiff incorporates paragraphs 1 through 9 of this complaint by reference

2    as if fully set forth herein.

3    14.    On information and belief, Greg Sims, Carol Wormley, Darren Wright, Otis

4    Wright and Margerie Wright are tenants of the Former Owner of the Property ("Tenants").

5    15.    Tenants have violated the terms of Tenants' tenancy and the City of Los

6    Angeles Rent Stabilization Ordinance and/or the City of Los Angeles Foreclosure Eviction

7    Ordinance (Ordinance No. 180441), for the following reasons:

8    a.    Tenants have failed to disclose the terms of Tenants' tenancy and enter into

9    a written extension / renewal under such terms that are materially the same as the

10   previous agreement. [See, Los Angeles Municipal Code § 151.09 A (5)]; and

11   b.    Tenants have failed to provide access to the premises for purposes of

12   inspection and/or making any necessary repairs in accordance with California law. [See,

13   Los Angeles Municipal Code § 151.09 A(6)]

14   16.    After the foreclosure sale, Plaintiff's agent made attempts to inform Tenants

15   regarding the change of ownership, to obtain information from tenants concerning the

16   terms of any prior tenancies, and to obtain access to the Property.

17   17.    On August 15, 2013, Plaintiff served Tenants with a California Civil Code

18   Section 1962 Notice in accordance with California Code of Civil Procedure § 1162. A true

19   and correct copy of the notice and proof of service are attached hereto collectively as

20   Exhibit "3" and incorporated herein by reference.

21   18.    On August 15, 2013, Plaintiff served Tenants with a Notice of Change of

22   Ownership and Demand for Information and Access to Premises in accordance with

23   California Code of Civil Procedure § 1162.  A true and correct copy of the notice and

24   proof of service are attached hereto collectively as Exhibit "4" and incorporated herein by

25   reference.  Tenants failed to comply with said notice.

26   19.    On October 22, 2013, Plaintiff served Tenants with a Notice to Enter

27   Dwelling Unit in accordance with California Civil Code § 1954. A true and correct copy of

28   the Notice to Enter Dwelling Unit and proof of service are attached hereto collectively as

4

1 Exhibit "5" and incorporated herein by reference. Tenants failed to permit entry to the

2 Property pursuant to the Notice to Enter Dwelling Unit.

3      20.    On October 30, 2013, Plaintiff served Tenants with a Three Day Notice to

4 Perform Covenant or Quit in accordance with California Code of Civil Procedure § 1162

5 which included notice that Plaintiff would enter the property for the purpose of inspection

6 and making necessary repairs or improvements. A true and correct copy of the Three

7 Day Notice to Perform Covenant or Quit and proof of service are attached hereto

8 collectively as Exhibit "6" and incorporated herein by reference. All facts stated in the

9 notice are true and are incorporated herein by this reference. Tenants failed to permit

10 entry to the Property pursuant to the Three Day Notice to Perform Covenant or Quit.

11      22.    More than three days have elapsed since the service of the Three Day

12 Notice to Perform Covenant or Quit, but Tenants, and each of them, have failed and

13 refused to comply with the Three Day Notice to Perform Covenant or Quit.

14      23.    Tenants, and each of them, remain in possession of the Property without

15 Plaintiff's permission or consent.

16      24.    The Three Day Notice to Perform Covenant or Quit was given in good faith

17 with honest intent and with no ulterior motive pursuant to Sections 151.09 A (5) and (6) of

18 Los Angeles Municipal Code. Those sections state that an owner may evict a tenant if:

19
20      5.    The tenant, who had a written lease or rental agreement which
terminated on or after the effective date of this chapter, has refused, after
written request or demand by the landlord to execute a written extension or
21 renewal thereof for a further term of like duration with similar provisions and
in such terms as are not inconsistent with or violative of any provision of this
22 chapter or any other provision of law.

23
     6.    The tenant has refused the landlord reasonable access to the
24 unit for the purpose of making repairs or improvements, or for the purpose
of inspection as permitted or required by the lease or by law, or for the
25 purpose of showing the rental unit to any prospective purchaser or
mortgagee.
26

27      25.    Advice is available from the Los Angeles Housing and Community

28 Investment Department located 1200 W. 7th Street, #900, Los Angeles, California, 90017;

5

1  Telephone: (866) 557-RENT (7368); website: http://lahd.lacity.org/. Parties seeking legal

2  advice concerning evictions should consult with an attorney.

3       26.    Tenants remain in possession of the Property without the permission or

4  consent of Plaintiff.

5       27.    The daily fair market rental value of the Property is at least $50.00.

6       WHEREFORE, Plaintiff prays for judgment against defendants as follows:

7  **ON THE FIRST CAUSE OF ACTION**

8       1.    For restitution of the Property;

9       2.    For damages in the amount of at least $50.00 per day from February 21,

10  2013 for each day that Defendants continue in possession of the Property through the

11  date of entry of judgment;

12  **ON THE SECOND CAUSE OF ACTION**

13       1.    For restitution of the Property;

14       2.    For damages in the amount of at least $50.00 per day from November 5,

15  2013 for each day that Tenants continue in possession of the Property through the date of

16  entry of judgment;

17  **ON ALL CAUSES OF ACTION**

18       1.    For costs of suit incurred herein; and

19       2.    For such other and further relief as the Court deems just and proper.

20

21  Dated: November 15, 2013       **NAIMAN LAW GROUP,**

22                   **Professional Corporation**

23

24

25         By: _____

26             Randall D. Naiman
           Attorney for Plaintiff **THE BANK OF NEW YORK**

27             **MELLON, F/K/A THE BANK OF NEW YORK,**
           **AS TRUSTEE FOR STRUCTURED ASSET**

28             **MORTGAGE INVESTMENTS II TRUST 2006-
           AR8, MORTGAGE PASS-THROUGH
           CERTIFICATES, SERIES 2006-AR8**

VERIFICATION

I, the undersigned, say:

That I am the attorney for Plaintiff in this action. The Plaintiff is absent from the County of San Diego, California, where I have my office in that Plaintiff's headquarters are not located in this county, or the Plaintiff is otherwise unable to verify this pleading as of the date set forth hereinbelow, and I make this verification for and on behalf of the party for that reason. I have read the foregoing complaint for unlawful detainer and know its contents. I am informed and believe, and on that ground, allege that the matters stated in it are true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 15, 2013, at San Diego, California.


NAIMAN LAW GROUP
Professional Corporation


By:    _____
       Randall D. Naiman, Esq.
       Attorney for Plaintiff **THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8**

THIS IS TO CERTIFY THAT THIS IS A FULL, TRUE AND
CORRECT COPY OF THE ORIGINAL RECORDED
IN THE OFFICE OF LOS ANGELES COUNTY

RECORDING FEE:  **$18.00**

RECORDED ON:   **February 7, 2013**

AS DOCUMENT NO: **20130200005**

BY:  **s/ LUIS HENRIQUEZ**

LSI TITLE COMPANY

Recording requested by:

When recorded mail to:

JPMorgan Chase Bank, N.A.
2780 Lake Vista Drive
Lewisville, TX 75067

Forward tax statements to the address given above

TS No.: CA-11-437137-RM
Order No.: 110180203-CA-GTO

APN No.: 5034-014-017

Space above this line for recorders use

# Trustee's Deed Upon Sale

Transfer Tax: **$0.00**

The undersigned grantor declares:
The grantee herein **IS** the foreclosing beneficiary.
The amount of the unpaid debt together with costs was:   **$599,268.56**
The amount paid by the grantee at the trustee sale was:   **$599,268.56**
The documentary transfer tax is:   None
Said property is in the City of:  **LOS ANGELES**, County of **LOS ANGELES**

**QUALITY LOAN SERVICE CORPORATION**, , as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of  **LOS ANGELES**, State of California, described as follows:

LOT 33 OF TRACT NO. 11009, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 192, PAGES 23 AND 24 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.  ASSESSOR'S PARCEL NO.: 5034-014-017

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **GAYE BERETTA  WORMLEY , A MARRIED WOMAN, AS HER SOLE AND SEPARATE PROPERTY**, as trustor, dated 8/4/2006,  and recorded on  8/18/2006 as instrument number 06 1841115    of Official Records in the office of the Recorder of  **LOS ANGELES**, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of

**EXHIBIT 1**

Trust recorded on **6/13/2012**, instrument no **12-879494**, Book , Page , of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten/thirty days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on **1/25/2013** at the place named in the Notice of Sale, in the County of **LOS ANGELES**, California, in which the property is situated.  Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being **$599,268.56** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date:

JAN 2 8 2013

QUALITY LOAN SERVICE CORPORATION,

By: Karla Sanchez, Assistant Secretary

State of: **California**)
County of: **San Diego**)

On **1.28.13** before me, **Michele A. Kittinger** a notary public, personally appeared **Karla Sanchez**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Michele A. Kittinger

MICHELE A. KITTINGER
COMM. #1850324
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
MAY 22, 2013

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Notice to Any Renters Living At

3981 Roxton Avenue, Los Angeles, CA 90008

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

**EXHIBIT 2**

# THREE (3) DAY NOTICE TO QUIT

TO:        GAY BERETTA WOMLEY, and any others in possession

ADDRESS:  3981 ROXTON AVENUE, LOS ANGELES, CA 90008

The above-referenced real property ("Property") was sold in accordance with section 2924 of the California Civil Code under a power of sale contained in a deed of trust securing the Property, and title under the sale has been duly perfected. The new owner seeks in good faith to recover possession of the Property.

Within three (3) days after service of this notice, you are hereby required to vacate and deliver possession of the Property described above now held and occupied by you to the undersigned unless you are a tenant or subtenant who rented the Property before the foreclosure sale.

This notice is intended as a notice to quit pursuant to California Code of Civil Procedure section 1161a.

Note: if you are not one of the persons named above or you claim to be a tenant or subtenant who is entitled to remain in the Property, you must give telephonic or written notice to the undersigned within three (3) days of the date this notice is served.

On information and belief, the Property is not a rental unit or is otherwise exempt from the City of Los Angeles Rent Stabilization Ordinance and City of Los Angeles Foreclosure Eviction Ordinance (Ordinance No. 180441). This notice is given in good faith with honest intent and with no ulterior motive. Information regarding evictions is available from the Los Angeles Housing Department. Parties seeking legal advice concerning evictions should consult with an attorney. The Los Angeles Housing Department is located at 1200 W. 7th Street, First Floor, Los Angeles, California, 90017; Telephone: (866) 557-RENT (7368); website: http://lahd.lacity.org/.

### IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS:

If you are or recently were on active duty or active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA). This includes protection from foreclosure or eviction. You also may be eligible for benefits and protections under state law. SCRA and state military benefits and protections also may be available if you are the dependent of an eligible servicemember.

Eligible service may include:

- Active duty with the Army, Navy, Air Force, Marine Corps, or Coast Guard;

- Active service with the National Guard;

- Active service as a commissioned officer of the National Oceanic and Atmospheric Administration;

- Active service as a commissioned officer of the Public Health Service;

- Service with the forces of a nation with which the United States is allied in a war or military action;

- Service with the National Guard or a state militia under a state call to duty; or

- Any period when you are absent from duty because of sickness, wounds, leave, or other lawful cause.

For more information on SCRA or if you have any questions, please contact the undersigned at (858) 535-4808.

NAIMAN LAW GROUP, PC

DATED: February 13, 2013

_____
By: Randall D. Naiman, Esq.
Attorneys for the new owner: THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8
**NAIMAN LAW GROUP, PC**
4660 La Jolla Village Drive, Suite 500
San Diego, California 92122
Telephone: (858) 535-4808
Facsimile: (858) 535-4809

**CALIFORNIA PENAL CODE SECTION 594** reads as follows: "Every person who maliciously injures or destroys any real or personal property not his/her own, in cases otherwise than such as are specified in this Code, is guilty of a misdemeanor."

| Attorney or Party Without Attorney (Name and Address) | | | | Telephone No: | | FOR COURT USE ONLY |
|---|---|---|---|---|---|---|

Naiman Law Group
4660 La Jolla Village Drive          500
San Diego          CA          92122
Attorney For: PLAINTIFF

(858)535-4808

Reference Number:
3603538          70574

Plaintiff/Petitioner:     The Bank of New York Mellon, F/K/A The Bank of New York as Successor for
Defendant/Respondent:   Gay Beretta Womley, et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|---|
| | | | | NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Three Day Notice to Quit and Coversheet

On the following tenant(s): Gay Beretta Womley

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:  2/14/2013 at 12:30pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773

(909)394-1202 Fax (909)394-1204

Fee for service: $   $45.00

E Ratliff

Registered California Process Server:

(i) Independent Contractor
(ii) Registration No.:  6798 C.C.P.S.
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  2/15/2013

_____
(Signature)

| Attorney or Party Without Attorney (Name and Address) | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|
| Naiman Law Group<br>4660 La Jolla Village Drive<br>San Diego<br>Attorney For: PLAINTIFF | 500<br>CA | 92122 | (858)535-4808<br><br>Reference Number:<br>3603539          70574 | |

| Plaintiff/Petitioner: | The Bank of New York Mellon, F/K/A The Bank of New York as Successor for | | | |
|---|---|---|---|---|
| Defendant/Respondent: | Gay Beretta Womley, et al. | | | |

| | Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Three Day Notice to Quit and Coversheet

On the following tenant(s): All Occupants in Care of Named Tenant, Gay Beretta Womley

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:  2/14/2013 at 12:30pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**

142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $   $0.00

E Ratliff

Registered California Process Server:

(i) Independent Contractor
(ii) Registration No.: 6798 C.C.P.S.
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  2/15/2013

_____
(Signature)

## NOTICE TO TENANTS

(California Civil Code Section 1962)

For the residential premises located at: 3981 Roxton Avenue, Los Angeles, CA, 90008.

**Information Regarding the Property Manager and for Service of Process, Notices and Demands**

The name, street address and telephone number of the person authorized to manage the Premises are the following:

Carrington Property Services, LLC
1610 E. St. Andrew Place, Suite B150
Santa Ana, CA 92705
Telephone: (877)616-2777
[ADA compliant telephone number]

The name and street address of a person authorized to act for and on behalf of the owner for purposes of service of process and receipt of all notices and demands from tenants occupying the Premises are the following:

Randall D. Naiman, Esq.
Naiman Law Group, PC
4660 La Jolla Village Drive, Suite 850
San Diego, CA 92122
(858) 224-6800
[ADA compliant telephone number]

**Information For Payment of Rent**

Rent payments shall be made payable to Carrington Property Services, LLC and delivered to Carrington Property Services, LLC at the following address:

1610 E. St. Andrew Place, Suite B150
Santa Ana, CA 92705

Rent payments may be made personally from 8:00 a.m. to 5:00 p.m., Monday through Friday, excluding legal holidays. Rent payments may be made in the form of cash, check, cashier's check or money order.

NAIMAN LAW GROUP,
Professional Corporation

Dated:  August 14, 2013

_____
Randall D. Naiman, Esq.
Attorneys for the owner: The Bank of New York Mellon, f/k/a
The Bank of New York, as Trustee for Structured Asset
Mortgage Investments II Trust 2006-AR8, Mortgage Pass-
Through Certificates, Series 2006-AR8
4660 La Jolla Village Drive, Suite 850
San Diego, CA 92122
Telephone: (858) 224-6800
[ADA compliant telephone number]
Facsimile: (858) 224-6801

**EXHIBIT 3**

| Attorney of Party Without Attorney (Name and Address): Naiman Law Group, PC 4660 La Jolla Village Drive Suite 850 San Diego         CA         92122 Attorney For: PLAINTIFF | Telephone: (858)224-6800 Reference Number: 3617375          70574 | FOR COURT USE ONLY |
|---|---|---|

| Plaintiff/Petitioner:    The Bank of New York Mellon, F/K/A The Bank of New York, as Trustee for Defendant/Respondent:    Greg Sims, et al. | | | | |
|---|---|---|---|---|
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number: NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Tenants (California Civil Code Section 1962)

On the following tenant(s): Greg Sims

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:  8/15/2013 at 12:44pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**

142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $45.00

Andrew Hernandez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  1355
(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/6/2013

_____
(Signature)

| Attorney of Party Without Attorney  (Name and Address) | | Telephone | FOR COURT USE ONLY |
|---|---|---|---|
| Naiman Law Group, PC | | (858)224-6800 | |
| 4660 La Jolla Village Drive | Suite 850 | | |
| San Diego          CA | 92122 | | |
| Attorney For: PLAINTIFF | | Reference Number: 3617375          70574 | |

Plaintiff/Petitioner:     The Bank of New York Mellon, F/K/A The Bank of New York, as Trustee for
Defendant/Respondent:   Greg Sims, et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number: NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred
to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Tenants (California Civil Code Section 1962)

On the following tenant(s): Carol Wormley


Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:   8/15/2013 at 12:44pm.

There being no person of suitable age or discretion to be found at the property,
and a business address could not be ascertained, service was effected BY POSTING
a copy for the above-named entity(s) in a conspicuous place on the property
therein described, and thereafter by MAILING by first-class mail on said date a
copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed
envelope with postage fully pre-paid, addressed to the above-named entity(s) at
the place where the property is situated.


7. Person Serving  (name, address, and telephone No.):

## Attorney Service of San Dimas
### 142 East Bonita Avenue, #51
### San Dimas, CA 91773
### (909)394-1202 Fax (909)394-1204

Fee for service: $   $45.00

Andrew Hernandez

Registered California Process Server:

(I) Independent Contractor

(ii) Registration No.:  1355

(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/6/2013

_____
(Signature)

FOR COURT USE ONLY

Attorney of Party Without Attorney (Name and Address,)
Naiman Law Group, PC
4660 La Jolla Village Drive          Suite 850
San Diego          CA          92122          (858)224-6800
Attorney For: PLAINTIFF

| Reference Number: | |
|---|---|
| 3617375 | 70574 |

Plaintiff/Petitioner:    The Bank of New York Mellon, F/K/A The Bank of New York, as Trustee for
Defendant/Respondent:    Greg Sims, et al.

## PROOF OF SERVICE

| Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|
| | | | NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Tenants (California Civil Code Section 1962)

On the following tenant(s): All Tenants, Subtenants, and Any Others in Possession


Address:    3981 Roxton Avenue
            Los Angeles, CA 90008

Date and Time of Posting:  8/15/2013 at 12:44pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.


7. Person Serving  (name, address, and telephone No.):

### Attorney Service of San Dimas
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $  $45.00

Andrew Hernandez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  1355
(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/6/2013

_____
(Signature)

Judicial Council form POS-010          **Proof of Service**          Code Civil Procedure 417.10(f)

## NOTICE OF CHANGE OF OWNERSHIP
## AND REQUEST FOR INFORMATION AND ACCESS TO PREMISES

**TO:**  GREG SIMS; CAROL WORMLEY; AND ALL TENANTS, SUBTENANTS, AND ANY OTHERS IN POSSESSION

**SUBJECT PREMISES**: 3981 ROXTON AVENUE, LOS ANGELES, CA 90008

NOTICE IS HEREBY GIVEN THAT THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8 ("New Owner") purchased the above-referenced real property you occupy (hereafter, the "Property") at a non-judicial foreclosure sale held on **1/25/2013**. If you are a tenant or subtenant who rented the Property prior to the foreclosure sale (not a former owner of the property), DEMAND IS HEREBY MADE that you perform each of the following acts within SEVEN (7) days from the date of the Notice:

   1.    Disclose the terms of your tenancy.  Complete the attached questionnaire entitled  "CHANGE  IN  OWNERSHIP  OCCUPANT  QUESTIONNAIRE  - FORECLOSURE" and return it, together with a copy of your lease or rental agreement, if any, to the undersigned, Randall D. Naiman, Esq., at the below address.

   2.    Provide to the undersigned at the below address proof of any and all rental payments you have made since **1/25/2013**, the date of the sale, including without limitation cancelled checks, rent receipts, etc., including proof of the security deposit paid to the prior landlord.

   3.    If you had an oral or written lease or rental agreement with the prior owner, enter into a written extension / renewal under such terms that are materially the same as the previous agreement to be prepared by the undersigned; provided, however, the terms of any extension / renewal are subject to the New Owner's review and approval.

   4.    Provide the New Owner and/or its agent access to the Property for purposes inspection and to determine whether any repairs are necessary. Contact SEBASTIAN STOFENMACHER, EDGESTONE REAL ESTATE, INC., 247 S. ROBERTSON BLVD., BEVERLY HILLS, CA 90211, the agent for New Owner at 213-245-7928 to arrange for access to the Property.

EXHIBIT 4

## IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS:

If you are or recently were on active duty or active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA). This includes protection from foreclosure or eviction. You also may be eligible for benefits and protections under state law. SCRA and state military benefits and protections also may be available if you are the dependent of an eligible servicemember.

Eligible service may include:

- Active duty with the Army, Navy, Air Force, Marine Corps, or Coast Guard;

- Active service with the National Guard;

- Active service as a commissioned officer of the National Oceanic and Atmospheric Administration;

- Active service as a commissioned officer of the Public Health Service;

- Service with the forces of a nation with which the United States is allied in a war or military action;

- Service with the National Guard or a state militia under a state call to duty; or

- Any period when you are absent from duty because of sickness, wounds, leave, or other lawful cause.

For more information on SCRA, please contact the undersigned at (858) 224-6800.

Information regarding the City of Los Angeles Rent Stabilization Ordinance is available from the Los Angeles Housing Department located at 1200 W. 7th Street, First Floor, Los Angeles, California, 90017; Telephone: (866) 557-RENT (7368); website: http://lahd.lacity.org/.

2

If you have any questions, please contact Randall D. Naiman, Esq. at (858) 224-6800.

NAIMAN LAW GROUP, PC

DATED: August 14, 2013

_____
By: Randall D. Naiman, Esq.
Attorneys for the New Owner: THE BANK OF
NEW YORK MELLON, F/K/A THE BANK OF
NEW YORK, AS TRUSTEE FOR
STRUCTURED ASSET MORTGAGE
INVESTMENTS II TRUST 2006-AR8,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-AR8
**Naiman Law Group, PC**
4660 La Jolla Village Drive
Suite 850
San Diego, CA  92122
Telephone: (858) 224-6800
Facsimile: (858) 224-6801

Attachment:    Change in Ownership Occupant Questionnaire – Foreclosure
Notice of Property Subject to The Rent Stabilization Ordinance
Trustee's Deed Upon Sale

# CHANGE IN OWNERSHIP OCCUPANT QUESTIONNAIRE - FORECLOSURE

**Please fill out this form as completely as you can and return it, <u>along with a copy of your lease and evidence of rent payments</u>, via facsimile or mail to: Randall D. Naiman, Esq., Naiman Law Group, PC, 4660 La Jolla Village Drive, Suite 850, San Diego, CA 92122; Telephone Number (858) 224-6800; Facsimile Number: (858) 224-6801.**

Property Address:  **3981 ROXTON AVENUE, LOS ANGELES, CA 90008**

A.  Names of All Occupants                              Move in Date              Best Contact Phone No.

_____          _____          (\_\_\_\_\_) _____

_____          _____          (\_\_\_\_\_) _____

_____          _____          (\_\_\_\_\_) _____

_____          _____          (\_\_\_\_\_) _____

B.  Did you have a lease? (please circle)     Yes / No

C.  Do you receive a rent subsidy (such as section 8) (please circle ):    Yes / No

D.  If you receive a subsidy, please list the name, address, case worker's name, and phone number of the agency or housing authority handling you case/subsidy program.

_____

_____

E.  Monthly Rent Amount: $ _____          Date Due: _____

F.  Rent currently paid through: _____

G.  Date lease started: _____

H.  Date lease expired/converted to month-to-month: _____

I.  Amount of security deposit, if any: $ _____

J.  List of utilities you are currently responsible for paying: _____

K.  List of utilities your (former) landlord was responsible for paying: _____

L.  Are there any current problems with your unit (please circle):          Yes / No

   If so, please explain in detail: _____

_____

_____

M.  Relationship to the former owner (please circle)     None / child, spouse, or parent

   **Signed:**

_____          _____
Occupant(s)                                              Date

_____          _____
Occupant(s)                                              Date

_____          _____
Occupant(s)                                              Date

_____          _____
Occupant(s)                                              Date

NOTICE OF PROPERTY SUBJECT TO THE RENT STABILIZATION ORDINANCE

## NOTICE TO TENANTS

You are hereby notified that this building is subject to the Los Angeles
Rent Stabilization Ordinance (RSO), LAMC Chapter XV

**The RSO regulates rent increases:**

- Landlords may only collect rents of units registered with the Los Angeles Housing Department.
- Generally, a landlord may not raise the rent in excess of the annual allowable rent increase unless otherwise permitted by LAHD or the Los Angeles Municipal Code.
- A reduction in services may also constitute an unlawful rent increase.

**The RSO limits the reasons for which a tenant may be evicted:**

- The landlord may be required to pay relocation assistance for certain evictions.
- Mere foreclosure or sale of a property is not an allowable reason for eviction.

All rental properties in the City of Los Angeles must meet the minimum habitability requirements set forth in the Building Code and the California Health and Safety Code.

For further information, or to file a complaint, please contact the Los Angeles Housing Department hotline at (213) 808-8888 or log on to http://lahd.lacity.org

**OWNERS ARE REQUIRED TO POST THIS NOTICE IN A CONSPICUOUS LOCATION IN THE LOBBY OF THE PROPERTY, NEAR A MAILBOX USED BY ALL RESIDENTS ON THE PROPERTY, OR IN OR NEAR A PUBLIC ENTRANCE TO THE PROPERTY.**

## ATENCIÓN INQUILINOS:

Le notifican por este medio que esta propiedad esta sujeta a la Ordenanza de la Estabilización de Rentas de la Ciudad de Los Ángeles (RSO), Capítulo XV del Código Municipal (LAMC)

**El RSO regula los aumentos de renta:**

- El propietario solo puede recibir pagos de renta si su unidad esta registrada con el Departamento de Viviendas (LAHD).
- Por lo general, no se le permite al propietario aumentar la renta por mas del permitido porcentaje anual a menos que sea permitido por el LAHD o el Codigo Municipal (LAMC).
- Una reducción en los servicios tambien podria representar un aumento de renta ilegal.

**El RSO pone límites en las razones para desalojar a los inquilinos:**

- El dueño podria ser sujeto a pagar assistencia de reubicación por ciertos desalojos.
- La ejecución hipotecaria, el remate, o la venta de una propiedad no son razones aceptables para desalojar a los inquilinos.

Todas las propiedades de alquiler en la Ciudad de Los Ángeles tienen que cumplir con los requisitos minimos de habitabilidad expuestos por el Código de Edificios y el Código de Salud y Seguridad de California.

Para mas información, o para iniciar una queja, comuníquese con el Departamento de Viviendas llamando al (213) 808-8888, o por internet en http://lahd.lacity.org

**EL PROPIETARIO DEBE FIJAR ESTA NOTIFICACIÓN EN UN LUGAR VISIBLE - EN EL VESTÍBULO DE LA PROPIEDAD, CERCA DE LOS BUZONES DE CORREO DE LOS RESIDENTES DE LA PROPIEDAD, O DENTRO O CERCA DE LA ENTRADA PÚBLICA DE LA PROPIEDAD.**

RSO

THIS IS TO CERTIFY THAT THIS IS A FULL, TRUE AND
CORRECT COPY OF THE ORIGINAL RECORDED
IN THE OFFICE OF LOS ANGELES COUNTY

RECORDING FEE:   **$18.00**

RECORDED ON:   **February 7, 2013**

AS DOCUMENT NO.: **20130200005**

BY:   **s/ LUIS HENRIQUEZ**

LSI TITLE COMPANY

Recording requested by:

When recorded mail to:

JPMorgan Chase Bank, N.A.
2780 Lake Vista Drive
Lewisville, TX 75067

Forward tax statements to the address given above

Space above this line for recorders use

TS No.: CA-11-437137-RM

Order No.: 110180203-CA-GTO

APN No.: 5034-014-017

# Trustee's Deed Upon Sale

Transfer Tax: $0.00

The undersigned grantor declares:
The grantee herein IS the foreclosing beneficiary.
The amount of the unpaid debt together with costs was:     $599,268.56
The amount paid by the grantee at the trustee sale was:     $599,268.56
The documentary transfer tax is:                           None
Said property is in the City of:  LOS ANGELES  County of LOS ANGELES

QUALITY LOAN SERVICE CORPORATION, , as Trustee, (whereas so designated in the Deed of Trust
hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY
to

The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Structured Asset
Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest
conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the
county of  LOS ANGELES, State of California, described as follows:

LOT 33 OF TRACT NO. 11009, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES,
STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 192, PAGES 23 AND 24 OF MAPS, IN
THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. ASSESSOR'S PARCEL NO.: 5034-
014-017

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by
GAYE BERETTA WORMLEY , A MARRIED WOMAN, AS HER SOLE AND SEPARATE PROPERTY,
as trustor, dated 8/4/2006, and recorded on  8/18/2006 as instrument number 06 1841115     of Official
Records in the office of the Recorder of  LOS ANGELES, California, under the authority and powers
vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having
occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of

Trust recorded on 6/13/2012, instrument no 12-879494, Book , Page , of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten/thirty days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on 1/25/2013 at the place named in the Notice of Sale, in the County of LOS ANGELES, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being $599,268.56 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date:                                              QUALITY LOAN SERVICE CORPORATION,

JAN 28 2013

By: Karla Sanchez, Assistant Secretary

State of: California)
County of: San Diego)

On 1.28.13 before me, Michele A. Kittinger a notary public, personally appeared Karla Sanchez, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Michele A. Kittinger

MICHELE A. KITTINGER
COMM. #1850324
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
MAY 22, 2013

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|
| Naiman Law Group, PC | | | (858)224-6800 | |
| 4660 La Jolla Village Drive | | Suite 850 | | |
| San Diego | CA | 92122 | Reference Number: | |
| Attorney For: PLAINTIFF | | | 3617372        70574 | |

| Plaintiff/Petitioner: | The Bank of New York Mellon, F/K/A The Bank of New York, as Trustee for |
|---|---|
| Defendant/Respondent: | Greg Sims, et al. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|---|
| | | | | NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice of Change of Ownership and Request for Information and Access to Premises

On the following tenant(s): Greg Sims

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:  8/15/2013 at 12:45pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $45.00

Andrew Hernandez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.: 1355
(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/20/2013

_____
(Signature)

| Attorney of Party Without Attorney (Name and Address) | Telephone No. (858)224-6800 | FOR COURT USE ONLY |
|---|---|---|
| Naiman Law Group, PC<br>4660 La Jolla Village Drive    Suite 850<br>San Diego          CA          92122<br>Attorney For: PLAINTIFF | Reference Number:<br>3617373          70574 | |

| Plaintiff/Petitioner: | The Bank of New York Mellon, F/K/A The Bank of New York, as Trustee for |
|---|---|
| Defendant/Respondent: | Greg Sims, et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice of Change of Ownership and Request for Information and Access to Premises

On the following tenant(s): Carol Wormley

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:  8/15/2013 at 12:45pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $0.00

Andrew Hernandez

Registered California Process Server:

(i) Independent Contractor
(ii) Registration No.:  1355
(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/20/2013

(Signature)

| Attorney of Party Without Attorney (Name and Address)<br>Naiman Law Group, PC<br>4660 La Jolla Village Drive<br>San Diego          CA<br><br>Attorney For: PLAINTIFF | Suite 850<br>92122 | Telephone No.<br>(858)224-6800<br>Reference Number:<br>3617374          70574 | FOR COURT USE ONLY |
|---|---|---|---|

| Plaintiff/Petitioner: | The Bank of New York Mellon, F/K/A The Bank of New York, as Trustee for |
|---|---|
| Defendant/Respondent: | Greg Sims, et al. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br><br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice of Change of Ownership and Request for Information and Access to Premises

On the following tenant(s): All Occupants in Care of Named Tenants, Greg Sims, Carol Wormley

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:   8/15/2013 at 12:45pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $0.00

Andrew Hernandez

Registered California Process Server:

(i) Independent Contractor
(ii) Registration No.:  1355
(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  8/20/2013

_____
(Signature)

| Attorney of Party Without Attorney (Name and Address) | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|
| Naiman Law Group, PC | | (858)224-6800 | |
| 4660 La Jolla Village Drive | Suite 850 | | |
| San Diego | CA | 92122 | Reference Number: |
| Attorney For: PLAINTIFF | | | 3617375          70574 |

| Plaintiff/Petitioner: | The Bank of New York Mellon, F/K/A The Bank of New York, as Trustee for |
|---|---|
| Defendant/Respondent: | Greg Sims, et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|---|
| | | | | NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Tenants (California Civil Code Section 1962)

On the following tenant(s): All Tenants, Subtenants, and Any Others in Possession

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:  8/15/2013 at 12:44pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

## Attorney Service of San Dimas

142 East Bonita Avenue, #51
San Dimas, CA 91773

(909)394-1202 Fax (909)394-1204

Fee for service: $   $45.00

Andrew Hernandez

Registered California Process Server:

(i) Independent Contractor
(ii) Registration No.:  1355
(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/20/2013

_____
(Signature)

# NOTICE TO ENTER DWELLING UNIT

**TO:** Greg Sims; Carol Wormley; and all tenants, subtenants and any others in possession of

**SUBJECT PREMISES:**     3981 ROXTON AVENUE
LOS ANGELES, CA 90008

**NOTICE IS HEREBY GIVEN THAT,** pursuant to California Civil Code Section 1954, the Owner and/or its agents, employees or contractors will enter said premises on or about **Wednesday, October 23, 2013** at **10:00AM** during normal business hours for the purpose(s) listed below:

☐   1. To inspect the rental unit to determine whether any repairs or services are necessary.

☒   2. To exhibit the rental unit to workman or contractors.

☐   3. To make the following necessary or agreed repairs, decorations, alterations or improvements:_____

☐   4. To   supply   the   following   necessary   or   agreed   services:
_____

☐   5. To exhibit the rental unit to prospective or actual purchasers*, mortgagees or tenants.

☐   6. Pursuant to Court Order.

☐   7. To install, repair, test and/or maintain the smoke detector.

☐   8. To determine whether the resident(s) have abandoned or surrendered the premises.

The contact information for the Owner's agent for the premises is: Sebastian Stofenmacher of Edgestone Real Estate, Inc. at 247 S. Robertson Blvd., Beverly Hills, CA 90211; Telephone Number: 213-245-7928.

If you have any questions, please contact Randall D. Naiman, Esq. at (858) 224-6800.

NAIMAN LAW GROUP, PC

DATED: October 21, 2013

_____
By: Randall D. Naiman, Esq.
Attorneys for the new owner: THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8
NAIMAN LAW GROUP, PC
4660 La Jolla Village Drive, Suite 850
San Diego, California 92122
Telephone: (858) 224-6800
Facsimile: (858) 224-6801

1

EXHIBIT 5

*If the purpose of the entry is to exhibit the dwelling unit to prospective or actual purchasers the notice can be given orally, in person, or by telephone if the Owner/Agent has notified the Resident in writing within 120 days of the oral notice that the property is for sale and that the Owner/Agent may contact the Resident orally for the purpose described above. Twenty-four hours is presumed reasonable notice in the absence of evidence to the contrary. At the time of entry, the Owner/Agent is required to leave written evidence of the entry inside the unit.

---

## PROOF OF SERVICE

(To be filled out by Server AFTER service on resident is complete)

I, the undersigned, being at least 18 years of age, declare that I served this notice, of which this is a true copy, on _____ (date), on the above-mentioned resident(s) in possession, in the manner indicated below.

☐ **BY DELIVERING** the notice personally to the resident(s) or to someone of suitable age and discretion at the premises at least 24 hours prior to the intended entry.

☐ **BY LEAVING** a copy of the notice at, near, or under the usual entry door of the premises at least 24 hours prior to the intended entry in a manner in which a reasonable person would discover the notice.

☐ **BY MAILING** a copy of the notice addressed to the resident(s) at least 6 days prior to intended entry.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and if called as a witness to testify thereto, I could do so competently.

Executed on_____in_____, California.

Signature:_____
Print Name:_____

| Attorney of Party Without Attorney (Name and Address) | | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|---|

Naiman Law Group, PC
4660 La Jolla Village Drive       Suite 850       Telephone No: (858)224-6800
San Diego            CA            92122
Attorney For: PLAINTIFF

Reference Number:
3621055        70574

Plaintiff/Petitioner:    The Bank of New York Mellon, F/K/A The Bank of New York, etc.
Defendant/Respondent:    Greg Sims, et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|---|
| | | | | NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Enter Dwelling Unit

On the following tenant(s): Greg Sims

Address:    3981 Roxton Avenue
            Los Angeles, CA 90008

Date and Time of Posting:  10/22/2013 at 09:45AM.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $    $45.00

E Ratliff

Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6798 C.C.P.S.
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/24/2013

(Signature)

Judicial Council form POS-010            **Proof of Service**            Code Civil Procedure 417.10(f)

EXHIBIT 7

| Attorney of Party Without Attorney (Name and Address) | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|
| Naiman Law Group, PC<br>4660 La Jolla Village Drive<br>San Diego        CA | Suite 850<br>92122 | (858)224-6800 | |
| Attorney For: PLAINTIFF | | Reference Number:<br>3621056        70574 | |

Plaintiff/Petitioner:    The Bank of New York Mellon, F/K/A The Bank of New York, etc.
Defendant/Respondent:   Greg Sims, et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred
to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Enter Dwelling Unit

On the following tenant(s): Carol Wormley

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:  10/22/2013 at 09:45AM.

There being no person of suitable age or discretion to be found at the property,
and a business address could not be ascertained, service was effected BY POSTING
a copy for the above-named entity(s) in a conspicuous place on the property
therein described, and thereafter by MAILING by first-class mail on said date a
copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed
envelope with postage fully pre-paid, addressed to the above-named entity(s) at
the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $0.00
E Ratliff
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6798 C.C.P.S
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/24/2013

(Signature)

| Attorney of Party Without Attorney (Name and Address)<br>Naiman Law Group, PC<br>4660 La Jolla Village Drive<br>San Diego        CA        Suite 850<br>92122<br>Attorney For: PLAINTIFF | Telephone No:<br>(858)224-6800 | FOR COURT USE ONLY |
|---|---|---|
| | Reference Number:<br>3621057        70574 | |

| Plaintiff/Petitioner:       The Bank of New York Mellon, F/K/A The Bank of New York, etc. | | | |
|---|---|---|---|
| Defendant/Respondent:    Greg Sims, et al. | | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred
to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Enter Dwelling Unit

On the following tenant(s): All tenants, subtenants and any others in possession

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:  10/22/2013 at 09:45AM.

There being no person of suitable age or discretion to be found at the property,
and a business address could not be ascertained, service was effected BY POSTING
a copy for the above-named entity(s) in a conspicuous place on the property
therein described, and thereafter by MAILING by first-class mail on said date a
copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed
envelope with postage fully pre-paid, addressed to the above-named entity(s) at
the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $   $0.00

E Ratliff
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6798 C.C.P.S.
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/24/2013

_____
(Signature)

Judicial Council form POS-010

**Proof of Service**

Code Civil Procedure 417.10(f)

# THREE DAY NOTICE TO PERFORM COVENANT OR QUIT
### [CALIFORNIA CODE OF CIVIL PROCEDURE §1161(3)]

TO:   Greg Sims; Carol Wormley; and all tenants, subtenants and any others in possession of the

SUBJECT PREMISES:   3981 Roxton Avenue, Los Angeles, CA 90008

NOTICE IS HEREBY GIVEN THAT you are in breach of the following covenants of your lease/rental agreement and/or provisions of the Los Angeles Rent Stabilization Ordinance and/or the City of Los Angeles Foreclosure Eviction Ordinance (Ordinance No. 180441) for the following reasons:

1.      If you had a lease or rental agreement with the prior owner, failure to disclose the terms of your tenancy and enter into a written extension / renewal with similar terms to your former lease or rental agreement with the prior owner; provided, however, the terms of any extension / renewal are subject to the landlord/lessor's review and approval and must not be inconsistent with or violative of any provision of the Los Angeles Rent Stabilization Ordinance or any other law. [See, Los Angeles Municipal Code § 151.09 A (5)]

2.      Failure to provide reasonable access to the premises for the purpose of making repairs or improvements, or for the purpose of inspection as permitted or required by the lease or by law, or for the purpose of showing the rental unit to any prospective purchaser or mortgagee. [See, Los Angeles Municipal Code § 151.09 A(6)]

WITHIN THREE DAYS after service of this notice, you are required to take all steps necessary to cure the above breaches, **or** deliver possession of the subject premises to your landlord/lessor.   Failure on your part to so act will lead to the commencement against you of legal proceedings to declare a forfeiture of your lease/rental agreement, to recover possession of the subject premises, to seek judgment for monetary damages as allowed by law together with statutory damages of up to $600.00, attorney's fees and costs, as applicable.

In order to cure the above breaches, you must do the following within three days after service of this notice:

1.      With respect to breach number 1 listed above, if you had a lease or rental agreement with the prior owner, disclose the terms of your tenancy to the landlord/lessor and enter into a written extension / renewal with similar terms to your former lease or rental agreement with the prior owner; provided, however, the terms of any extension / renewal are subject to the landlord/lessor's review and approval and must not be inconsistent or violative of any provision of the Los Angeles Rent Stabilization Ordinance or any other law.

1

EXHIBIT 6

2.    With respect to breach number 2 listed above, provide the landlord/lessor with reasonable access to the premises for the purposes of inspection and making any necessary repairs or improvements on **Friday, November 1, 2013 at 10:00a.m.**

For purposes of curing the foregoing breaches, contact the agent for the landlord/lessor, Sebastian Stofenmacher of Edgestone Real Estate, Inc. at 247 South Robertson Blvd., Beverly Hills, CA 90211; telephone number: 213-245-7928.

In accordance with section 151.09 C(1) of the Los Angeles Municipal Code, the facts supporting this notice include, without limitation, the following:

On January 25, 2013, The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8 (hereafter, "landlord/lessor") purchased the above-referenced subject premises (hereafter, the "Property") at a foreclosure sale held in accordance with Civil Code section 2924 under a power of sale contained in a Deed of Trust.  On February 7, 2013, title to the Property was perfected in landlord/lessor by the recording of a Trustee's Deed Upon Sale in the Official Records, County of Los Angeles.

On August 15, 2013, a licensed process server served a "Notice of Change of Ownership, and Demand for Information and Access" upon the occupant(s) of the Property in accordance with Code of Civil Procedure §1162, which notice advised the occupant(s) of the Property of the change of ownership, the name and contact information of the agent and attorney for the landlord/lessor, and requested compliance with the above-referenced obligations of the occupant(s)' tenancy.  A true and correct copy of the "Notice of Change of Ownership, and Demand for Information and Access" and proof of service thereof is attached hereto as Exhibit A and incorporated herein by this reference.  The occupant(s) of the Property failed to comply with the notice.

On October 22, 2013, a licensed process server served a Notice to Enter on the occupant(s) of the Property in accordance with Civil Code § 1954. A true and correct copy of the Notice to Enter and proof of service thereof is attached hereto as Exhibit B and incorporated herein by this reference.  The occupant(s) of the Property failed to allow the landlord/lessor's agent access to the Premises.

Despite service of the foregoing notices, the occupant(s) of the Property have not complied with the above-referenced obligations of the occupant(s)' tenancy.

Pursuant to California Civil Code §1785.26, you are hereby notified that a negative credit report reflecting your credit record may be submitted in the future to a credit reporting agency if you fail to fulfill the terms of your lease/rental obligations.

The landlord/lessor does hereby elect to declare a forfeiture of the lease/rental agreement under which you hold possession of the subject premises if you fail to perform as indicated.

This notice is given in good faith with honest intent and with no ulterior motive.

Information regarding evictions is available from the Los Angeles Housing and Community Investment Department. Parties seeking legal advice concerning evictions should consult with an attorney. The Los Angeles Housing and Community Investment Department is located at 1200 W. 7th Street, First Floor, Los Angeles, California, 90017; Telephone: (866) 557-RENT (7368); website: http://lahd.lacity.org/.

If you are an active member of the United States Armed Forces, you may be entitled to the rights as provided in the Servicemembers Civil Relief Act ("SCRA"). In such case, you or your attorney should contact this law firm immediately to verify your military status and determine if you fall under the protection of the SCRA.

If you have any questions, please contact Randall D. Naiman, Esq. at (858) 224-6800.

NAIMAN LAW GROUP, PC

DATED: October 29, 2013

_____
By: Randall D. Naiman, Esq.
Attorneys for the new owner: The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8
**NAIMAN LAW GROUP, PC**
4660 La Jolla Village Drive, Suite 850
San Diego, California 92122
Telephone: (858) 224-6800
Facsimile: (858) 224-6801

**CALIFORNIA PENAL CODE SECTION 594** reads as follows: "Every person who maliciously injures or destroys any real or personal property not his/her own, in cases otherwise than such are specified in this Code, is guilty of a misdemeanor."

## NOTICE OF CHANGE OF OWNERSHIP
## AND REQUEST FOR INFORMATION AND ACCESS TO PREMISES

**TO:** GREG SIMS; CAROL WORMLEY; AND ALL TENANTS, SUBTENANTS, AND ANY OTHERS IN POSSESSION

**SUBJECT PREMISES:** 3981 ROXTON AVENUE, LOS ANGELES, CA 90008

**NOTICE IS HEREBY GIVEN THAT THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8** ("New Owner") purchased the above-referenced real property you occupy (hereafter, the "Property") at a non-judicial foreclosure sale held on **1/25/2013**. If you are a tenant or subtenant who rented the Property prior to the foreclosure sale (not a former owner of the property), DEMAND IS HEREBY MADE that you perform each of the following acts within SEVEN (7) days from the date of the Notice:

1.      Disclose the terms of your tenancy.  Complete the attached questionnaire entitled "CHANGE IN OWNERSHIP OCCUPANT QUESTIONNAIRE - FORECLOSURE" and return it, together with a copy of your lease or rental agreement, if any, to the undersigned, Randall D. Naiman, Esq., at the below address.

2.      Provide to the undersigned at the below address proof of any and all rental payments you have made since **1/25/2013**, the date of the sale, including without limitation cancelled checks, rent receipts, etc., including proof of the security deposit paid to the prior landlord.

3.      If you had an oral or written lease or rental agreement with the prior owner, enter into a written extension / renewal under such terms that are materially the same as the previous agreement to be prepared by the undersigned; provided, however, the terms of any extension / renewal are subject to the New Owner's review and approval.

4.      Provide the New Owner and/or its agent access to the Property for purposes inspection and to determine whether any repairs are necessary. Contact SEBASTIAN STOFENMACHER, EDGESTONE REAL ESTATE, INC., 247 S. ROBERTSON BLVD., BEVERLY HILLS, CA 90211, the agent for New Owner at 213-245-7928 to arrange for access to the Property.

1

EXHIBIT A

## IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS:

If you are or recently were on active duty or active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA). This includes protection from foreclosure or eviction. You also may be eligible for benefits and protections under state law. SCRA and state military benefits and protections also may be available if you are the dependent of an eligible servicemember.

Eligible service may include:

- Active duty with the Army, Navy, Air Force, Marine Corps, or Coast Guard;

- Active service with the National Guard;

- Active service as a commissioned officer of the National Oceanic and Atmospheric Administration;

- Active service as a commissioned officer of the Public Health Service;

- Service with the forces of a nation with which the United States is allied in a war or military action;

- Service with the National Guard or a state militia under a state call to duty; or

- Any period when you are absent from duty because of sickness, wounds, leave, or other lawful cause.

For more information on SCRA, please contact the undersigned at (858) 224-6800.

Information regarding the City of Los Angeles Rent Stabilization Ordinance is available from the Los Angeles Housing Department located at 1200 W. 7th Street, First Floor, Los Angeles, California, 90017; Telephone: (866) 557-RENT (7368); website: http://lahd.lacity.org/.

2

If you have any questions, please contact Randall D. Naiman, Esq. at (858) 224-6800.

NAIMAN LAW GROUP, PC

DATED: August 14, 2013

By: Randall D. Naiman, Esq.
Attorneys for the New Owner: THE BANK OF
NEW YORK MELLON, F/K/A THE BANK OF
NEW YORK, AS TRUSTEE FOR
STRUCTURED ASSET MORTGAGE
INVESTMENTS II TRUST 2006-AR8,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-AR8
**Naiman Law Group, PC**
4660 La Jolla Village Drive
Suite 850
San Diego, CA  92122
Telephone: (858) 224-6800
Facsimile: (858) 224-6801

Attachment:  Change in Ownership Occupant Questionnaire – Foreclosure
Notice of Property Subject to The Rent Stabilization Ordinance
Trustee's Deed Upon Sale

3

# CHANGE IN OWNERSHIP OCCUPANT QUESTIONNAIRE - FORECLOSURE

**Please fill out this form as completely as you can and return it, <u>along with a copy of your lease and evidence of rent payments</u>**, via facsimile or mail to: Randall D. Naiman, Esq., Naiman Law Group, PC, 4660 La Jolla Village Drive, Suite 850, San Diego, CA 92122; Telephone Number (858) 224-6800; Facsimile Number: (858) 224-6801.

Property Address:  3981 ROXTON AVENUE, LOS ANGELES, CA 90008

A.   Names of All Occupants                    Move in Date          Best Contact Phone No.

_____     _____     (____) _____

_____     _____     (____) _____

_____     _____     (____) _____

_____     _____     (____) _____

B.   Did you have a lease? (please circle)    Yes / No

C.   Do you receive a rent subsidy (such as section 8) (please circle ):    Yes / No

D.   If you receive a subsidy, please list the name, address, case worker's name, and phone number of the agency or housing authority handling you case/subsidy program.

_____

_____

E.   Monthly Rent Amount: $ _____     Date Due: _____

F.   Rent currently paid through: _____

G.   Date lease started: _____

H.   Date lease expired/converted to month-to-month: _____

I.   Amount of security deposit, if any: $ _____

J.   List of utilities you are currently responsible for paying: _____

K.   List of utilities your (former) landlord was responsible for paying: _____

L.   Are there any current problems with your unit (please circle):    Yes / No

     If so, please explain in detail: _____

_____

_____

M.   Relationship to the former owner (please circle)    None / child, spouse, or parent

**Signed:**

_____          _____
Occupant(s)                               Date

_____          _____
Occupant(s)                               Date

_____          _____
Occupant(s)                               Date

_____          _____
Occupant(s)                               Date

**NOTICE OF PROPERTY SUBJECT TO THE RENT STABILIZATION ORDINANCE**

## NOTICE TO TENANTS

You are hereby notified that this building is subject to the Los Angeles
Rent Stabilization Ordinance (RSO), LAMC Chapter XV

### The RSO regulates rent increases:

- Landlords may only collect rents of units registered with the Los Angeles Housing Department.
- Generally, a landlord may not raise the rent in excess of the annual allowable rent increase unless otherwise permitted by LAHD or the Los Angeles Municipal Code.
- A reduction in services may also constitute an unlawful rent increase.

### The RSO limits the reasons for which a tenant may be evicted:

- The landlord may be required to pay relocation assistance for certain evictions.
- Mere foreclosure or sale of a property is not an allowable reason for eviction.

All rental properties in the City of Los Angeles must meet the minimum habitability requirements set forth in the Building Code and the California Health and Safety Code.

For further information, or to file a complaint, please contact the Los Angeles Housing Department hotline at (213) 808-8888 or log on to http://lahd.lacity.org

OWNERS ARE REQUIRED TO POST THIS NOTICE IN A CONSPICUOUS LOCATION IN THE LOBBY OF THE PROPERTY, NEAR A MAILBOX USED BY ALL RESIDENTS ON THE PROPERTY, OR IN OR NEAR A PUBLIC ENTRANCE TO THE PROPERTY.

## ATENCIÓN INQUILINOS:

Le notifican por este medio que esta propiedad esta sujeta a la Ordenanza de la Estabilización de Rentas de la Ciudad de Los Ángeles (RSO), Capitulo XV del Código Municipal (LAMC)

### El RSO regula los aumentos de renta:

- El propietario solo puede recibir pagos de renta si su unidad esta registrada con el Departamento de Viviendas (LAHD).
- Por lo general, no se le permite al propietario aumentar la renta por mas del permitido porcentaje anual a menos que sea permitido por el LAHD o el Codigo Municipal (LAMC).
- Una reduccion en los servicios tambien podria representar un aumento de renta ilegal.

### El RSO pone límites en las razones para desalojar a los inquilinos:

- El dueño podria ser sujeto a pagar assistencia de reubicacion por ciertos desalojos.
- La ejecucion hipotecaria, el remate, o la venta de una propiedad no son razones aceptables para desalojar a los inquilinos.

Todas las propiedades de alquiler en la Ciudad de Los Ángeles tienen que cumplir con los requisitos minimos de habitabilidad expuestos por el Código de Edificios y el Código de Salud y Seguridad de California.

Para mas información, o para iniciar una queja, comuniquese con el Departamento de Viviendas llamando al (213) 808-8888, o por internet en http://lahd.lacity.org

EL PROPIETARIO DEBE FIJAR ESTA NOTIFICACIÓN EN UN LUGAR VISIBLE - EN EL VESTÍBULO DE LA PROPIEDAD, CERCA DE LOS BUZONES DE CORREO DE LOS RESIDENTES DE LA PROPIEDAD, O DENTRO O CERCA DE LA ENTRADA PÚBLICA DE LA PROPIEDAD.

THIS IS TO CERTIFY THAT THIS IS A FULL, TRUE AND
CORRECT COPY OF THE ORIGINAL RECORDED
IN THE OFFICE OF LOS ANGELES COUNTY

RECORDING FEE:   $18.00

RECORDED ON:   February 7, 2013

AS DOCUMENT NO.: 20130200005

BY:   s/ LUIS HENRIQUEZ
LSI TITLE COMPANY

Recording requested by:

When recorded mail to:

JPMorgan Chase Bank, N.A.
2780 Lake Vista Drive
Lewisville, TX 75067

Forward tax statements to the address given above

TS No.: CA-11-437137-RM

Order No.: 110180203-CA-GTO

APN No.: 5034-014-017

Space above this line for recorder's use

## Trustee's Deed Upon Sale

Transfer Tax: $0.00

The undersigned grantor declares:
The grantee herein IS the foreclosing beneficiary
The amount of the unpaid debt together with costs was:   $599,288.56
The amount paid by the grantee at the trustee sale was:   $599,288.56
The documentary transfer tax is:   None
Said property is in the City of   LOS ANGELES  County of LOS ANGELES

QUALITY LOAN SERVICE CORPORATION, , as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to:

The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of  LOS ANGELES, State of California, described as follows:

LOT 33 OF TRACT NO. 11009, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 192, PAGES 23 AND 24 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. ASSESSOR'S PARCEL NO.: 5034-014-017

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by GAYE BERETTA WORMLEY , A MARRIED WOMAN, AS HER SOLE AND SEPARATE PROPERTY as Trustor, dated 3/4/2006, and recorded on 3/18/2006 as instrument number 06 1847115   of Official Records in the office of the Recorder of  LOS ANGELES, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of

Trust recorded on 6/13/2012, instrument no 12-879494, Book , Page , of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten/thirty days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on 1/25/2013 at the place named in the Notice of Sale, in the County of LOS ANGELES, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being $599,268.56 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date:        JAN 2 8 2013

QUALITY LOAN SERVICE CORPORATION.

By: Karla Sanchez, Assistant Secretary

State of: California)
County of: San Diego)

On 1.28.13        before me, Michele A. Kittinger        a notary public, personally appeared Karla Sanchez, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature        (Seal)
Michele A. Kittinger



MICHELE A. KITTINGER
COMM. #1550324
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
MAY 22, 2013

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

| Attorney of Party Without Attorney (Name and Address) | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|
| Naiman Law Group, PC<br>4660 La Jolla Village Drive      Suite 850<br>San Diego            CA           92122<br>Attorney For: PLAINTIFF | | (858)224-6800 | |
| | | Reference Number:<br>3617372            70574 | |

| Plaintiff/Petitioner: | The Bank of New York Mellon, F/K/A The Bank of New York, as Trustee for |
|---|---|
| Defendant/Respondent: | Greg Sims, et al. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|---|
| | | | | NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice of Change of Ownership and Request for Information and Access to Premises

On the following tenant(s): Greg Sims

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:   8/15/2013 at 12:45pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $    $45.00

Andrew Hernandez

Registered California Process Server:

(i) Independent Contractor
(ii) Registration No.:  1355
(iii) County:  San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/20/2013

(Signature)

| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|
| Naiman Law Group, PC | | | (858)224-6800 | |
| 4660 La Jolla Village Drive | | Suite 850 | | |
| San Diego | CA | 92122 | Reference Number: | |
| Attorney For: PLAINTIFF | | | 3617373      70574 | |

| Plaintiff/Petitioner: | The Bank of New York Mellon, F/K/A The Bank of New York, as Trustee for |
|---|---|
| Defendant/Respondent: | Greg Sims, et al. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div: | Case Number: |
|---|---|---|---|---|
| | | | | NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice of Change of Ownership and Request for Information and Access to Premises

On the following tenant(s): Carol Wormley

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:   8/15/2013 at 12:45pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

## Attorney Service of San Dimas
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $   $0.00

Andrew Hernandez

Registered California Process Server:

(i) Independent Contractor

(ii) Registration No.:   1355

(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/20/2013

(Signature)

| Attorney of Party Without Attorney  (Name and Address) | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|
| Naiman Law Group, PC<br>4660 La Jolla Village Drive      Suite 850<br>San Diego          CA          92122<br>Attorney For: PLAINTIFF | | (858)224-6800<br><br>Reference Number:<br>3617374          70574 | |

| Plaintiff/Petitioner:     The Bank of New York Mellon, F/K/A The Bank of New York, as Trustee for | | | | |
|---|---|---|---|---|
| Defendant/Respondent:     Greg Sims, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice of Change of Ownership and Request for Information and Access to Premises

On the following tenant(s): All Occupants in Care of Named Tenants, Greg Sims, Carol Wormley

Address:   3981 Roxton Avenue
          Los Angeles, CA 90008

Date and Time of Posting:   8/15/2013 at 12:45pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $   $0.00

Andrew Hernandez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  1355
(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/20/2013

(Signature)

# NOTICE TO ENTER DWELLING UNIT

**TO:** Greg Sims; Carol Wormley; and all tenants, subtenants and any others in possession of

**SUBJECT PREMISES:**     3981 ROXTON AVENUE
LOS ANGELES, CA 90008

**NOTICE IS HEREBY GIVEN THAT,** pursuant to California Civil Code Section 1954, the Owner and/or its agents, employees or contractors will enter said premises on or about **Wednesday, October 23, 2013** at **10:00AM** during normal business hours for the purpose(s) listed below:

- ☐  1. To inspect the rental unit to determine whether any repairs or services are necessary.
- ☒  2. To exhibit the rental unit to workman or contractors.
- ☐  3. To make the following necessary or agreed repairs, decorations, alterations or improvements:_____
- ☐  4. To    supply    the    following    necessary    or    agreed    services: _____
- ☐  5. To exhibit the rental unit to prospective or actual purchasers*, mortgagees or tenants.
- ☐  6. Pursuant to Court Order.
- ☐  7. To install, repair, test and/or maintain the smoke detector.
- ☐  8. To determine whether the resident(s) have abandoned or surrendered the premises.

The contact information for the Owner's agent for the premises is: Sebastian Stofenmacher of Edgestone Real Estate, Inc. at 247 S. Robertson Blvd., Beverly Hills, CA 90211; Telephone Number: 213-245-7928.

If you have any questions, please contact Randall D. Naiman, Esq. at (858) 224-6800.

NAIMAN LAW GROUP, PC

DATED: October 21, 2013

_____
By: Randall D. Naiman, Esq.
Attorneys for the new owner: THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8
**NAIMAN LAW GROUP, PC**
4660 La Jolla Village Drive, Suite 850
San Diego, California 92122
Telephone: (858) 224-6800
Facsimile: (858) 224-6801

1

EXHIBIT B

*If the purpose of the entry is to exhibit the dwelling unit to prospective or actual purchasers the notice can be given orally, in person, or by telephone if the Owner/Agent has notified the Resident in writing within 120 days of the oral notice that the property is for sale and that the Owner/Agent may contact the Resident orally for the purpose described above. Twenty-four hours is presumed reasonable notice in the absence of evidence to the contrary. At the time of entry, the Owner/Agent is required to leave written evidence of the entry inside the unit.

---

## PROOF OF SERVICE

(To be filled out by Server AFTER service on resident is complete)

I, the undersigned, being at least 18 years of age, declare that I served this notice, of which this is a true copy, on _____ (date), on the above-mentioned resident(s) in possession, in the manner indicated below.

☐ **BY DELIVERING** the notice personally to the resident(s) or to someone of suitable age and discretion at the premises at least 24 hours prior to the intended entry.

☐ **BY LEAVING** a copy of the notice at, near, or under the usual entry door of the premises at least 24 hours prior to the intended entry in a manner in which a reasonable person would discover the notice.

☐ **BY MAILING** a copy of the notice addressed to the resident(s) at least 6 days prior to intended entry.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and if called as a witness to testify thereto, I could do so competently.

Executed on_____in_____, California.

Signature:_____
Print Name:_____

Attorney of Party Without Attorney (Name and Address)

Naiman Law Group, PC
4660 La Jolla Village Drive          Suite 850
San Diego          CA          92122
Attorney For: PLAINTIFF

Telephone No: (858)224-6800

Reference Number:
3621055          70574

FOR COURT USE ONLY

Plaintiff/Petitioner:     The Bank of New York Mellon, F/K/A The Bank of New York, etc.
Defendant/Respondent:     Greg Sims, et al.

| | Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | **NOTICE** |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Enter Dwelling Unit

On the following tenant(s): Greg Sims

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:   10/22/2013 at 09:45AM.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $45.00

E Ratliff
Registered California Process Server:

(i) Independent Contractor
(ii) Registration No.:  6798 C.C.P.S.
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/24/2013

(Signature)

| Attorney of Party Without Attorney (Name and Address) | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|
| Naiman Law Group, PC<br>4660 La Jolla Village Drive        Suite 850<br>San Diego           CA           92122<br>Attorney For: PLAINTIFF | | (858)224-6800<br><br>Reference Number:<br>3621056            70574 | |

| Plaintiff/Petitioner: | The Bank of New York Mellon, F/K/A The Bank of New York, etc. |
|---|---|
| Defendant/Respondent: | Greg Sims, et al. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Enter Dwelling Unit

On the following tenant(s): Carol Wormley

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:  10/22/2013 at 09:45AM.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertain, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $0.00
E Ratliff
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6798 C.C.P.S.
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/24/2013

(Signature)

Attorney of Party Without Attorney (Name and Address)

Naiman Law Group, PC
4660 La Jolla Village Drive
San Diego          CA          Suite 850
                               92122
Attorney For: PLAINTIFF

Telephone No:
(858)224-6800

Reference Number:
3621057          70574

FOR COURT USE ONLY

Plaintiff/Petitioner:   The Bank of New York Mellon, F/K/A The Bank of New York, etc.
Defendant/Respondent:   Greg Sims, et al.

| Hearing Date: | Time. | Dept./Div.: | Case Number: |
|---|---|---|---|

**PROOF OF SERVICE**

NOTICE

1, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Enter Dwelling Unit

On the following tenant(s): All tenants, subtenants and any others in possession

Address:    3981 Roxton Avenue
            Los Angeles, CA 90008

Date and Time of Posting:  10/22/2013 at 09:45AM.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $    $0.00

E Ratliff

Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6798,C.C.P.S.
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/24/2013

(Signature)

Judicial Council form POS-010                    **Proof of Service**                    Code Civil Procedure 417.10(f)

| Attorney of Party Without Attorney (Name and Address)<br>Naiman Law Group, PC<br>4660 La Jolla Village Drive           Suite 850<br>San Diego           CA           92122<br>Attorney For: PLAINTIFF | Telephone No:<br>(858)224-6800 | FOR COURT USE ONLY |
|---|---|---|
| | Reference Number:<br>3621564          70574 | |

| Plaintiff/Petitioner:     The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for |
|---|
| Defendant/Respondent:    Greg Sims, et al. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred
to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

3-Day Notice to Perform Covenant or Quit

On the following tenant(s): Greg Sims

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:  10/30/2013 at 2:33pm.

There being no person of suitable age or discretion to be found at the property,
and a business address could not be ascertained, service was effected BY POSTING
a copy for the above-named entity(s) in a conspicuous place on the property
therein described, and thereafter by MAILING by first-class mail on said date a
copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed
envelope with postage fully pre-paid, addressed to the above-named entity(s) at
the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $   $45.00

E Ratliff

Registered California Process Server:

(i) Independent Contractor
(ii) Registration No.:  6798 C.C.P.S.
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/31/2013

_____
(Signature)

| Attorney of Party Without Attorney (Name and Address)<br>Naiman Law Group, PC<br>4660 La Jolla Village Drive<br>San Diego        CA         92122<br>Attorney For: PLAINTIFF | | Telephone No:<br>(858)224-6800 | FOR COURT USE ONLY |
|---|---|---|---|
| | Suite 850 | Reference Number:<br>3621565          70574 | |

| Plaintiff/Petitioner:    The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for<br>Defendant/Respondent:    Greg Sims, et al. | | | | |
|---|---|---|---|---|
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Three Day Notice to Perform Covenant or Quit [California Code of Civil Procedure & 1161(3)]

On the following tenant(s): Carol Wormley

Address:    3981 Roxton Avenue
            Los Angeles, CA 90008

Date and Time of Posting:  10/30/2013 at 2:33pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

## Attorney Service of San Dimas
### 142 East Bonita Avenue, #51
### San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $  $0.00

E Ratliff
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6798 C.C.P.S.
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/31/2013

_____
(Signature)

| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|
| Naiman Law Group, PC<br>4660 La Jolla Village Drive<br>San Diego         CA | Suite 850<br>92122 | | (858)224-6800 | |
| Attorney For: PLAINTIFF | | | Reference Number:<br>3621566          70574 | |

| Plaintiff/Petitioner: | The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for | | | |
|---|---|---|---|---|
| Defendant/Respondent: | Greg Sims, et al. | | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Three Day Notice to Perform Covenant or Quit [California Code of Civil Procedure & 1161(3)]

On the following tenant(s): All Tenants, Subtenants, and Any Others in Possession

Address:   3981 Roxton Avenue
           Los Angeles, CA 90008

Date and Time of Posting:   10/30/2013 at 2:33pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $    $0.00

E Ratliff
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6798 C.C.P.S.
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/31/2013

_____
(Signature)

Judicial Council form POS-010                    **Proof of Service**                    Code Civil Procedure 417.10(f)

# EXHIBIT "D"

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
WEST DISTRICT, SANTA MONICA COURTHOUSE (19484   )
1725 MAIN ST., SANTA MONICA, CA 90401
TELEPHONE: (310) 260-1887

THE BANK OF NEW YORK MELLON        vs.
WORMLEY,GAYE BERETTA                                         Case Number: 13R10102

CLERK'S NOTICE OF ENTRY OF JUDGMENT AND NOTICE RE EXHIBITS/DEPOSITIONS

To the parties and their attorneys of record; You are hereby notified that
pursuant to section CCP 664.5, the attached copy of the judgment in the above
entitled case was entered on 05/02/2014 . Further, Exhibits/Depositions,
if any, will be destroyed at the end of 60 days from expiration of appeal time.

SHERRI R. CARTER, Executive Officer/Clerk

By LAURIE PASTEL , Deputy
Clerk of the above named Court

*Costs determined by Memorandum of Costs (1033 CCP et seq.)

CLERK'S CERTIFICATE OF MAILING
I, the below named Executive Officer/Clerk  of the above-entitled court, do hereby
certify that I am not a party to the cause herein, and that on this date I served the
Clerk's Notice of Entry upon each party or counsel
named below by depositing in the United States mail at the
courthouse in SANTA MONICA, CALIFORNIA,
one copy of the original filed/entered herein in a separate sealed envelope to each
address as shown below with the postage thereon fully prepaid.

--------------------------------------------------------------------------

WORMLEY,GAYE BERETTA

3981 ROXTON AVENUE
LOS ANGELES, CA 90008

WORMLEY,CAROL

3981 ROXTON AVENUE
LOS ANGELES, CA 90008

WRIGHT, OTIS  FORMERLY SUED AS
DOES-1
3981 ROXTON AVENUE
LOS ANGELES, CA 90008

RANDALL D. NAIMAN ESQ
NAIMAN LAW GROUP, PROFESSIONAL CORP.
4660 LA JOLLA VILLAGE DRIVE, SUITE 850
SAN DIEGO, CA 92122

SIMS, GREG

3981 ROXTON AVENUE
LOS ANGELES, CA 90008

WRIGHT, DARREN

3981 ROXTON AVENUE
LOS ANGELES, CA 90008

WRIGHT, MARGERIE  FORMERLY SUED AS
DOES-2
3981 ROXTON AVENUE
LOS ANGELES, CA 90008

SHERRI R. CARTER, Executive Officer/Clerk

Dated 05/05/2014                      BY LAURIE PASTEL , Deputy

JUDGMENT                                                                                    13R10102

                    SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
                    WEST DISTRICT, SANTA MONICA COURTHOUSE (19484    )
                    1725 MAIN ST., SANTA MONICA, CA 90401
                              Telephone: (310) 260-1887

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT JUDGMENT BE ENTERED AS FOLLOWS:

FOR:  THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK  AS TRUSTEE FOR
STRUCTURED ASSET MORTGAGE INVEST- MENTS II TRUST 2006-AR8,MORTGAGE PASS-
THROUGH CERTIFICATES,SERIES 2006-AR8

AGAINST:  WORMLEY,GAYE BERETTA
 SIMS, GREG
 WORMLEY,CAROL
 WRIGHT, DARREN
 WRIGHT, OTIS  FORMERLY SUED AS  DOES-1
 WRIGHT, MARGERIE  FORMERLY SUED AS  DOES-2

RESTITUTION AND POSSESSION OF THE PREMISES LOCATED AT:
3981 ROXTON AVENUE
LOS ANGELES, CA 90008

THIS JUDGMENT OF POSSESSION APPLIES TO ANY AND ALL UNNAMED OCCUPANTS OF THE PREMISES
PURSUANT TO C.C.P. 415.46.

This judgment conforms to the order of the court.

DATED: 05/02/2014

                              NANCY NEWMAN
                              JUDGE, SUPERIOR COURT

====================================================================================
FILED AND ENTERED ON: 05/02/2014
BY LAURIE PASTEL                        SHERRI R. CARTER
   DEPUTY CLERK                         Executive Officer/Clerk

CIV 4                          JUDGMENT

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
WEST DISTRICT (19484    )
SANTA MONICA COURTHOUSE

THE BANK OF NEW YORK MELL vs.   WORMLEY,GAYE BERETTA          Case Number: 13R10102

In Department WES ,Honorable NANCY NEWMAN                , Judge/Comm. presiding.
Court convened at 08:30 AM on 05/02/2014 , and the following proceedings were had:

Plaintiff(s) appearing
THE BANK OF NEW YORK MELLON  F/K/A
VALERIE GILBERT, ESQ.
Defendant(s) not appearing
WORMLEY,GAYE BERETTA AND GREG SIMS AND
CAROL WORMLEY AND DARREN WRIGHT

Witness(es) sworn for Plaintiff(s) SUZANN ALTON AND ERIC RATLIFF.
Exhibit(s) received in evidence for plaintiff(s) 1)PLAINTIFF'S NOTICE OF
TRIAL CONTINUANCE; 2)TRUSTEE'S DEED UPON SALE; 3)3-DAY NOTICE TO QUIT;
4)PROOF OF SERVICE OF NOTICE AND 5)REMAND ORDER.
                                              Plaintiff(s) rest(s).
The Court, after having considered the evidence,  and
Defendant(s),    OTIS WRIGHT AND MARGERIE WRIGHT
having been served with summons and copy of complaint, having failed to answer complaint
of plaintiff(s) within the time allowed by law, and default of said defendant(s) having
been entered, plaintiff(s) applied to the Court for judgment,
Defendant(s),    WORMLEY,GAYE BERETTA AND GREG SIMS AND
CAROL WORMLEY AND DARREN WRIGHT
having failed to appear, proof having first been made to the satisfaction of the Court
that each of said defendant(s) have had five/fifteen days notice of such trial, and jury
trial having been waived, plaintiff(s) applied to the Court for judgment,
The Court orders Judgment entered as follows:(See Judgment)

THE FOREGOING MINUTES ARE TRUE AND CORRECT,

DATED: 05/02/2014       LAURIE PASTEL

                                              , DEPUTY CLERK

CIV3                        MINUTES

2

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
WEST DISTRICT (19484   )
SANTA MONICA COURTHOUSE

| | | |
|---|---|---|
| COURT CONVENED AT: 08:30 A.M. | DATE CONVENED: 05/02/2014 | CASE # 13R10102 |

| | |
|---|---|
| JUDICIAL OFFICER  Nancy Newman | DEPUTY CLERK |

_  JUDGE  _  COMM.  _  PRO TEM.
_  STIPULATION AND ORDER APPOINTING TEMPORARY JUDGE FILED.
_  BY ORAL STIPULATION ALL PARTIES AGREE TO THE: _ COMM. _ JUDGE PRO TEM.

PLAINTIFF(S): THE BANK OF NEW YORK MELLON
PLAINTIFF(S) ATTORNEY: RANDALL D. NAIMAN ESQ

X-COMPLT(S):
X-COMPLT(S) ATTY:

DEFENDANT(S): WORMLEY,GAYE BERETTA
DEFENDANT(S) ATTORNEY: IN PRO PER

X-DEFT(S):
X-DEFT(S) ATTY:

CAUSE CALLED REGULARLY FOR UNLAWFUL DETAINER COURT TRIAL

π     VALERIE E. GILBERT
#2

6454 Van Nuys Blvd.                    Phone 818-780-9387
Suite 150                              Fax 818-787-1059
Van Nuys, CA. 91401

Attorney at Law

By _____ , Deputy Clerk

| DATE | DEPT. |
|---|---|
| 05/02/2014 | WES |

CELLANEOUS MINUTES

# EXHIBIT "E"

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number and address): | DEN/DEF#: FOR COURT USE ONLY |

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State bar number and address):
Randall D. Naiman, Esq. (#81048)
Naiman Law Group, PC
4660 La Jolla Village Drive
Suite 850
San Diego, CA 92122

TELEPHONE NO.: (858) 224-6800    FAX NO.: (858) 224-6801
E-MAIL ADDRESS: randall@naimanlaw.com
ATTORNEY FOR (Name): TTHE BANK OF NEW YORK MELLON, F/K/A THE B
[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: COUNTY OF LOS ANGELES
MAILING ADDRESS: 1725 Main Street, Room 232
CITY AND ZIP CODE: Santa Monica, CA 90401
BRANCH NAME: SANTA MONICA COURTHOUSE

RECEIPT #: SM210917028
DATE PAID: 05/08/14  03:25 PM
PAYMENT: $25.00              3.0
RECEIVED:
    CHECK:              $25.00
    CASH:                $0.00
    CHANGE:              $0.00
    CARD:                $0.00

FILE COPY

PLAINTIFF: THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTG
DEFENDANT: GAYE BERETTA WORMLEY; GREG SIMS; CAROL WORMLEY; DARREN WRIGHT; OTIS WRIGHT; MARGER

| WRIT OF | EXECUTION (Money Judgment) | CASE NUMBER: |
|---|---|---|
| | [X] POSSESSION OF [ ] Personal Property | 13R10102 |
| | [X] Real Property | |
| | [ ] SALE | |

[X] Limited Civil Case  [ ] Small Claims Case
[ ] Unlimited Civil Case  [ ] Other _____

1. **To the Sheriff or Marshal of the County of:** Los Angeles

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* See Attachment

   is the [X] judgment creditor  [ ] assignee of record  whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity stated in judgment if not a natural person, and last known address):

   Gaye Beretta Wormley
   3981 Roxton Avenue
   Los Angeles, CA 90008

   [X] Additional judgment debtors on next page

5. **Judgment entered on** (date): 5/2/14

6. [ ] **Judgment renewed on** (dates):

7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

   [SEAL]

9. [X] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . . . . $
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . . . . . $
13. Subtotal (add 11 and 12) . . . . . . . . . . . $ _____
14. Credits . . . . . . . . . . . . . . . . . . . . . . $
15. Subtotal (subtract 14 from 13) . . . . . . . $ _____
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) . . $
17. Fee for issuance of writ . . . . . . . . . . . . $  25.00
18. Total (add 15, 16, and 17) . . . . . . . . . . $  25.00
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of . . . . . . . . . $
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) . . . . . . . . . . . . $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on (date) MAY 0 7 2014  Clerk, by _____, Deputy
                                              EMILY RUSSELL

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5

Legal
Solutions
to Plus

EJ-130

| | |
|---|---|
| PLAINTIFF: THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR STRUCTURED ASSET MORTG | CASE NUMBER: |
| DEFENDANT: GAYE BERETTA WORMLEY; GREG SIMS; CAROL WOR | 13R10102 |

**— Items continued from page 1 —**

21. [X] **Additional judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

Greg Sims
3981 Roxton Avenue
Los Angeles, CA 90008

Carol Wormley
3981 Roxton Avenue
Los Angeles, CA 90008

22. [ ] **Notice of sale** has been requested by *(name and address):*

23. [ ] **Joint debtor** was declared bound by the judgment (CCP 989–994)
　　　a. on *(date):*
　　　b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

　　　a. on *(date):*
　　　b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

　　　c. [ ] additional costs against certain joint debtors *(itemize):*

24. [X] *(Writ of Possession* or *Writ of Sale)* **Judgment** was entered for the following:
　　　a. [X] Possession of real property: The complaint was filed on *(date):* 11/19/2013
　　　　　**(Check (1) or (2)):**
　　　　　(1) [X] The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
　　　　　　　　The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
　　　　　(2) [ ] The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
　　　　　　　　(a) $ 50.00　　　　　was the daily rental value on the date the complaint was filed.
　　　　　　　　(b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following
　　　　　　　　　　dates *(specify):*
　　　b. [ ] Possession of personal property.
　　　　　　[ ] If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
　　　c. [ ] Sale of personal property.
　　　d. [ ] Sale of real property.
　　　e. Description of property: 3981 Roxton Avenue, Los Angeles, CA 90008

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).

---

| PETITIONER/PLAINTIFF: | THE BANK OF NEW YORK MELLON, F/K/A TH | CASE NUMBER: |
|---|---|---|
| RESPONDENT/DEFENDANT: | GAYE BERETTA WORMLEY; GREG SIMS; CARO | 13R10102 |

3. The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8

21. Darren Wright
    3981 Roxton Avenue
    Los Angeles, CA 90008

Otis Wright
3981 Roxton Avenue
Los Angeles, CA 90008

Margerie Wright
3981 Roxton Avenue
Los Angeles, CA 90008

All Unknown Occupants
3981 Roxton Avenue
Los Angeles, CA 90008

Legal
Solutions
Plus

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**4660 La Jolla Village Drive, Ste. 850**
**San Diego, CA 92122**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. SECTION 362(1) (WITH SUPPORTING DECLARATIONS)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) June 9, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 9, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/09/14 | Rita Rodriguez | /s/ Rita Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**  (if needed):

Served by First-Class Mail:

*Debtor*
**Otis Wright**
3981 Roxton Avenue
Los Angeles, CA 90008

*Trustee*
**Jason M. Rund**
Sheridan & Rund
840 Apollo Street, Suite 351
El Segundo, CA 90245

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017

Served by Overnight Delivery:

*Judge*
**Honorable Richard M. Neiter**
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                          **F 9013-3.1.PROOF.SERVICE**